COPY

**BERNS WEISS LLP**
Jeffrey K. Berns (SBN 131351)
jberns@bernsweiss.com
6303 Owensmouth Ave., 10th Floor
Woodland Hills, CA 91367-2263
Tel.: (818) 961-2000; Fax: (818) 936-0232

-- and –

Lee A. Weiss
lweiss@bernsweiss.com
626 RXR Plaza
Uniondale, New York 11556
Tel.: (516) 222-2900; Fax: (818) 936-0232

*Attorneys for Plaintiff*

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIF.
LOS ANGELES
2012 JAN -3  PM 4: 14

FILED

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

CV 12  0022 ~ RGK
(JCGx)

| | |
|---|---|
| CHELSEA STOCKTON, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT, INC. and DOES 1-10,<br><br>Defendants | CASE NO.<br><br>**CLASS ACTION COMPLAINT FOR:**<br><br>(1) **Violation of Bus. and Prof. Code, §§17200, et seq., "Unfair" Business Practices"; and**<br>(2) **Tortious Breach of the Covenant of Good Faith and Fair Dealing.**<br><br><u>**JURY TRIAL DEMANDED**</u> |

CLASS ACTION COMPLAINT

# I.

## **INTRODUCTION**

1.      This is an action pursuant to California's Unfair Competition Law, Bus. & Prof. Code, §§ 17200, *et seq.* (the "UCL") and common law.   Plaintiff Chelsea Stockton, individually, and on behalf of all others similarly situated ("Class Members"), brings this action against Defendants Microsoft Corp. ("Defendant" or "Microsoft") and Does 1-10 , based on Defendant's unfair business practices related to the terms of use for the Microsoft Xbox LIVE Network ("Xbox LIVE"), an online gaming and entertainment network.  All Class Members, users of the Xbox 360 video game console (the "Xbox 360"), purchased a Gold membership to Xbox Live, which was one of the primary selling features of the Xbox 360.  Users purchased an Xbox LIVE Gold membership by paying a fee for monthly or yearly access.  Users also have the option of buying a Family Pack, which provides four Xbox LIVE Gold memberships for the price of two memberships.[1] Gold membership entitles users to access the Xbox LIVE network to play games with and against other users, to download video games and video game expansion packs from the Xbox LIVE Marketplace,[2] to communicate with other users, to rent or buy movies, to listen to personalized music, to search the internet through the Bing search engine, to watch streaming media, and to receive exclusive discounts from the Xbox LIVE Marketplace.[3]

---

[1] Hereinafter, the term "Xbox LIVE Gold membership" refers to Xbox LIVE Gold memberships purchased individually or as part of a Family Pack.

[2] The Xbox LIVE Marketplace is Microsoft's virtual store accessed through Xbox LIVE which allows users to purchase and download videogames and videogame expansion packs, movies and television, trailers, outfits and pictures for their virtual character, and virtual backgrounds, Expansion packs are typically downloadable content purchased from the Xbox LIVE Marketplace that adds additional levels to a game and/or additional multiplayer maps which allows the user to play the new levels alone, or online with and against other users.

[3] Streaming movies and television, and access to live sports and highlights requires third party subscription.  Access to streaming music requires a separate "Zune" pass.

1

2.     Prior to December 2011, all versions of the Xbox LIVE Terms of Use (the "pre-December 2011 Xbox LIVE Terms of Use"), which Xbox LIVE users were required to accept to access Xbox LIVE, did not contain an arbitration clause or class action waiver.  Beginning on or about December 6, 2011, even though they had already paid for Xbox LIVE Gold memberships and accepted the pre-December 2011 Xbox LIVE Terms of Use, all users were refused access to Xbox LIVE unless and until they agreed to a revised version of the Xbox LIVE Terms of Use, which, among other things, contained a mandatory arbitration clause and class action waiver provision (the "December 2011 Xbox LIVE Terms of Use").  Defendant has not provided Plaintiff and Class Members with any consideration in exchange for their waiver of these valuable rights.

## II.

## THE PARTIES

3.     Plaintiff Chelsea Stockton is, and at all times relevant to this complaint was an individual residing in the county of Los Angeles, California.  Plaintiff purchased an Xbox 360 on or about October of 2009.  Shortly thereafter, Plaintiff created an account on Xbox LIVE, purchased a Gold membership, and accepted the pre-December 2011 Xbox LIVE Terms of Use, which did not contain an arbitration clause or class action waiver.

4.     Defendant Microsoft is, and, at all relevant times was, a foreign corporation licensed to do business in California, and doing business in this District.  At all relevant times hereto, Microsoft provided online gaming and entertainment services through Xbox LIVE throughout California.

5.     Plaintiff is informed, believes, and thereon alleges that DOES 1-10, inclusive, are other Microsoft entities or affiliates of Defendant who participated in the creation and

2

1   promulgation of the December 2011 Xbox LIVE Terms of Use and/or provided online gaming

2   and entertainment services in California, and/or are beneficiaries of the arbitration clause and

3   class action waiver in the December 2011 Xbox LIVE Terms of Use.  Plaintiff will seek leave

4   of Court to amend this Complaint when the names of said DOE Defendants have been

5

6   ascertained.

7        6.     The true names and capacities, whether individuals, corporations, associations,

8   or otherwise, of Defendants DOES 1-10, inclusive, and each of them, are unknown to Plaintiff

9   at this time, and Plaintiff therefore sues said Defendants by such fictitious names.  Plaintiff

10  alleges, on information and belief, that each DOE Defendant is responsible for the actions

11  herein alleged.  Plaintiff will seek leave of Court to amend this Complaint when the names of

12

13  said DOE Defendants have been ascertained.

14                              **III.**

15                    **JURISDICTION AND VENUE**

16       7.     The Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(d)(2), the

17  "Class Action Fairness Act," as the amount in controversy exceeds $5,000,000.00 and many

18

19  Class Members are citizens of different states than Defendant.

20       8.     Venue is proper pursuant to 28 U.S.C. §1391(a) and (c) in that a substantial part

21  of the events giving rise to this cause of action occurred in this District, and because for the

22

23  purpose of venue, the court has personal jurisdiction in this District over Defendant because it

24  regularly conducts business in this District and has sufficient contacts with this District to

25  subject it to personal jurisdiction.

26                              **IV.**

27             **FACTS COMMON TO ALL CAUSES OF ACTION**

28

                                 3

                         ——————————————————
                         CLASS ACTION COMPLAINT

9.     Plaintiff and Class Members are consumers who purchased an Xbox LIVE Gold membership from Defendant prior to December 6, 2011.  Defendant charges a monthly or yearly fee for Gold membership, which allows users access to the Xbox LIVE network to play games with and against other users, to download video games and video game expansion packs, to communicate with other users, to rent or buy movies, to listen to personalized music, to search the internet through the Bing search engine, to watch streaming media, and to receive exclusive discounts from the Xbox LIVE Marketplace.  Xbox LIVE Gold memberships can be purchased on the Xbox LIVE network and on the Xbox internet web site.  Additionally, Gold membership cards can be purchased from participating retailers in 3-month or 12-month subscriptions.  Upon purchase of membership cards users are given a code which they enter into the Xbox Redeem Code screen once they have created an Xbox LIVE account and accepted the terms of use. Defendant also offers free access to Xbox LIVE, also known as Xbox LIVE Free, with limited functionality.  Without an Xbox LIVE Gold membership users cannot use the central features of Xbox LIVE in that they cannot play games with and against other users, communicate with other users without Kinect[4], listen to personalized music, watch streaming media, or receive exclusive discounts from the Xbox LIVE Marketplace.

10.     Microsoft positions Xbox LIVE as one of the primary reasons to purchase an Xbox 360 and focuses its marketing on the Xbox LIVE features that are only available with an Xbox LIVE Gold membership.  For example, Microsoft recently touted Xbox Live as changing the face of television allowing Xbox Live users access to on-demand TV, movies and user-generated videos.  Xbox Live users can gain access to 26 TV channels through Verizon's FiOS TV services and to the complete library of 10,000 On Demand movies from Comcast, watch

---

[4] Kinect is a motion sensing input device compatible with the Xbox 360.

new releases on Zune, or Epix, enjoy streaming content on Hulu Plus, Last.fm, Netflix, Zune music and video and ESPN. AT&T U-verse TV will soon be accessible through Xbox Live.

11.     Since 2005, Microsoft has made consistent progress on expanding Xbox Live from its original purpose as an online gaming service into the primary reason to purchase the Xbox 360 instead of its primary competitor, Sony's PlaySation 3. In that time, Microsoft expanded Xbox Live to allow downloading of movies, interactive TV services, Netflix compatibility, interaction with social networks, Kinect voice controls and streaming services such as Hulu Plus and enhanced ESPN.

12.     Microsoft's promotional materials for Xbox LIVE focus primarily on the features that are only available with an Xbox LIVE Gold membership. For example, the Xbox web site describes Xbox Live as "the online service for Xbox 360-and a whole lot more. Your TV is transformed into a connected entertainment experience with Xbox Live. Play Kinect and Controller games with online friends wherever they are, or instantly watch HD movies, TV shows, and sports. Use Kinect to discover entertainment options that interest you-just say what you want to watch, and Xbox finds it."

13.     Another Microsoft advertisement describes Xbox Live by stating "Go for the Gold and enter the online multiplayer gaming arena. Millions of gamers are online to meet, chat, play, strategize, and compete together. With subscription you can get the most out of Xbox LIVE including online play, text, voice and video chat as well as access to exclusive game content."

14.     Plaintiff and Class Members are purchasers of Xbox LIVE Gold memberships prior to December 6, 2011 who accessed Xbox LIVE by connecting their Xbox 360 to the Internet and following the registration instructions. As part of this registration process, Plaintiff

and Class Members were required to agree to an Xbox LIVE Terms of Use Agreement in order to access Xbox LIVE.  Defendant used several different versions of the pre-December 2011 Xbox LIVE Terms of Use prior to the promulgation of the December 2011 LIVE Terms of Use, with the most recent version being presented to users in September of 2011.  A copy of the September 2011 version of the pre-December 2011 Xbox LIVE Terms of Use is annexed hereto as Exhibit A.  The pre-December 2011 Xbox LIVE Terms of Use did not contain an arbitration clause or a class action waiver.

15.     On April 27, 2011, the U.S. Supreme Court issued a decision in *AT&T Mobility LLC v. Concepcion*, which broadened the potential validity of arbitration clauses and class action waivers.  In an unfair attempt to improperly benefit from that decision at the expense of Class Members, Defendant changed the pre-December 2011 LIVE Terms of Use such that in order to continue to use their Xbox LIVE Gold memberships, for which they had previously paid, all Class Members were compelled to waive their existing rights to sue Defendant in a class action in exchange for no consideration.  Beginning on or about December 6, 2011, all Xbox LIVE users who attempted to access Xbox LIVE were met with the December 2011 Xbox LIVE Terms of Use (Exhibit B hereto).  The December 2011 Xbox LIVE Terms of Use is the equivalent of seventeen pages of text.  At the beginning of these Terms of Use, there is a Notice of Binding Individual Arbitration and Class Action Waiver Provision; however, rather than placing the actual arbitration clause and class action waiver anywhere near the notice, in order to discourage Plaintiff and Class Members from carefully reviewing them, Defendant placed the provisions on the equivalent of page eleven.

16.     The December 2011 Xbox LIVE Terms of Use was presented to Plaintiff and Class Members on a take it or leave it basis as a "click-wrap" agreement after which Plaintiff

1   and Class Members either clicked "I agree" or "I do not agree." If a user did not agree he or she

2   was informed that he or she would be unable to access Xbox LIVE.

3          17.    Defendant does not allow users to opt out of this portion of the December 2011

4   Xbox LIVE Terms of Use, as the agreement's opt-out language only refers to future versions of

5   the Terms of Use: "…Microsoft agrees that if it makes any changes to Section 18.1 (other than

6   a change to the notice address in Section 18.1.3) while you are authorized to sue the Service,

7

8   you may reject the change by sending us written notice within 30 days of the change by U.S.

9   Mail to the address in Section 18.1.3. By rejecting the change you agree that you will

10  informally negotiate and arbitrate any Dispute between us in accordance with the most recent

11
    version of Section 18.1 before the change you rejected."
12

13         18.    Defendant confirmed that it does not allow users to opt-out of the December

14  2011 Xbox LIVE Terms of Use in a statement to the website Kotaku, reported December 7,

15  2011    at    http://kotaku.com/5865797/now-microsoft-wants-to-stop-you-taking-them-to-

16  court#_=1323293079434&button=blue&id=twitter-widget-0&lang=en&screen_name=Kotaku.

17
           19.    Defendant engaged in the unfair business practice alleged herein to force
18

19  Plaintiff and Class Members to agree to the arbitration clause and class action waiver in

20  exchange for no consideration, or lose the ability to use the Xbox LIVE Gold memberships for

21  which they had already paid.

22
           20.    Defendant knew that by conditioning continued access to Xbox LIVE upon
23

24  agreement to the December 2011 Xbox LIVE Terms of Use, including the arbitration clause and

25  class action waiver, Plaintiff and Class Members were likely to agree to waive their rights to file

26  class actions against Defendant so that they would not be deprived of the ability to use their

27  Xbox LIVE Gold memberships, for which they had already paid.

28

CLASS ACTION COMPLAINT

21.     Defendant created, composed, and/or wrote, the December 2011 LIVE Terms of Use in such a way as to deprive Plaintiff and Class Members of their rights to sue Defendant in a class action; rights which existed prior to December 6, 2011.

22.     Defendant knew that Plaintiff and Class Members' forced acceptance of the arbitration clause and class action waiver would cause more harm to Plaintiff and Class Members than utility to Defendant, as Plaintiff and Class Members would give up valuable rights in exchange for no consideration.

***Plaintiff Is Compelled to Give up Valuable Rights in Order to Continue to Use Her Xbox LIVE Gold Membership***

23.     On or about October 2009, Plaintiff purchased an Xbox 360 from a Best Buy Store in Los Angeles County, California. Plaintiff connected her Xbox 360 to the Internet and was provided with a version of the pre-December 2011 Xbox LIVE Terms of Use. Plaintiff agreed to the LIVE Terms of Use and then signed up for an Xbox LIVE Gold membership by providing her credit card number so that she would be able to play video games over the Xbox LIVE network with her friends and other Xbox LIVE users, and purchase video games and video game expansion packs from the Xbox LIVE Marketplace at a discount.

24.     On December 6, 2011, after logging onto Xbox LIVE, Plaintiff was met with the December 2011 LIVE Terms of Use, which, unlike the pre-December 2011 Xbox LIVE Terms of Use to which she had previously agreed, contained a mandatory arbitration clause and a class action waiver, without the ability to opt out. Plaintiff could no longer use her Xbox LIVE Gold membership, or even access Xbox LIVE, unless she agreed to the December 2011 LIVE Terms of Use. Thus, Plaintiff's options were to agree to the December 2011 LIVE Terms of Use and waive her class action rights or be barred from accessing Xbox LIVE and using her Xbox LIVE

8

Gold membership.  As Plaintiff desired to access Xbox LIVE and enjoy the benefits of the Xbox LIVE Gold membership for which she had already paid, as she had been doing since November of 2009, she agreed to the December 2011 LIVE Terms of Use.

## V.

## CLASS ACTION ALLEGATIONS

25.    Plaintiff brings this action on behalf of herself and all others similarly situated, pursuant to Federal Rule of Civil Procedure, Rule 23(a) and 23(b).  The Class that Plaintiff seeks to represent is defined as follows:

> All individuals in California who (a) purchased an Xbox LIVE Gold membership or Family Pack of Xbox LIVE Gold memberships prior to December 6, 2011 that was still active as of December 6, 2011, and (b) accessed the Microsoft Xbox LIVE Network through their Xbox 360 prior to December 6, 2011 and accepted the Xbox LIVE Terms of Use prior to December 6, 2011.  Excluded from the Class are Defendant's employees, officers, directors, agents, representatives, and their family members, as well as the Court and its officers, employees, and relatives, located in the United States of America.

Plaintiff reserves the right to amend or otherwise alter the Class definition presented to the Court at the appropriate time, or to propose or eliminate sub-classes in response to facts learned through discovery or legal arguments advanced by Defendant or otherwise.

26.    Numerosity: The Class is so numerous that the individual joinder of all members thereof is impracticable under the circumstances of this case.  While the exact number of class members is unknown at this time, Plaintiff is informed and believes that the proposed Class consists of hundreds of thousands if not millions, of members.  As of December 1, 2010 Microsoft indicated that Xbox LIVE had 25 million users, with approximately half of those subscribing to an Xbox LIVE Gold membership.

9

27.   <u>Commonality</u>:  Common questions of law or fact are shared by Class Members. This action is suitable for class treatment, because these common questions of fact and law predominate over any individual issues.  Such common questions include, but are not limited to, the following:

  (a) Whether Defendant violated Business and Professional Code, §§17200, *et seq.*;

  (b) Whether Defendant engaged in an unfair business practice by compelling Plaintiff and Class Members to agree to the December 2011 Xbox LIVE Terms of Use, containing an arbitration clause and class action waiver, or lose the use of the Xbox LIVE Gold memberships for which they had already paid;

  (c) Whether Class Members are entitled to injunctive relief.

28.   <u>Typicality</u>:  Plaintiff's claims are typical of the claims of absent Class Members. Plaintiff and the other Class Members were subjected to the same type of unfair conduct and the claims of Plaintiff and the other Class Members are based on the same legal theories.

29.   <u>Adequacy</u>:   Plaintiff is an adequate representative of the Class he seeks to represent because his interests do not conflict with the interests of the other members of the Class.   Plaintiff has retained counsel competent and experienced in complex class action litigation, and Plaintiff and his counsel will prosecute this action vigorously.   The interests of Class Members will be fairly and adequately protected by Plaintiff and his counsel.

30.   <u>Ascertainable Class</u>:  The proposed Class is ascertainable in that the members can be identified and located using information contained in Defendant's records.

CLASS ACTION COMPLAINT

31.     This case is brought and can be maintained as a class action under Rule 23(b)(2), and 23(b)(3):

(a)     <u>Injunctive and/or Declaratory Relief to the Class is Appropriate</u>: Defendant has acted or refused to act on grounds generally applicable to the Class, thereby making final injunctive relief or corresponding declaratory relief with respect to each class as a whole appropriate; and

(b)     <u>Predominant Questions of Law and Fact</u>: Questions of law or fact common to all Class Members, including those identified above, predominate over questions affecting only individual Class Members (if any), and a class action is superior to other available methods for the fair and efficient adjudication of the controversy. Class action treatment will allow a large number of similarly situated consumers to prosecute their common claims in a single forum, simultaneously, efficiently, and without the unnecessary duplication of effort and expense that numerous individual actions would require.   Moreover, absent class treatment of this controversy, the amount of individual Class Members' losses in comparison to the enormous cost of litigation makes it almost certain that few Class Members would ever be able to even seek, let alone obtain, redress for their injuries.

**VI.**

**<u>FIRST CLAIM FOR RELIEF</u>**

11

## Violation of California's Unfair Competition Law,

### Bus. & Prof. Code § 17200, *et seq.,*

### "Unfair" Business Acts or Practices

32.     Plaintiff incorporates by reference all preceding paragraphs as if fully set forth herein.

33.     This claim is brought by Plaintiff, individually, as a representative on behalf of the Class Members, and in her capacity as private attorney general, against Defendant for its unfair business acts and/or practices pursuant to California's Unfair Competition Law, Business & Professions Code, §§ 17200, *et seq.* ( the "UCL"), which prohibits all unfair business acts and/or practices.

34.     Plaintiff asserts this claim as a representative of an aggrieved group and as private attorney general on behalf of the general public and other persons who have been faced with the unfair choice of either accepting the December 2011 Xbox LIVE Terms of Use, including the arbitration clause and class action waiver, or losing the use of the Xbox LIVE Gold memberships for which they already paid.  Plaintiff is seeking injunctive relief to prevent users from being compelled to waive their valuable rights to pursue class action litigation and to invalidate users' agreements to waive those rights.  Alternatively, users who agreed to the December Xbox 2011 LIVE Terms of Use are entitled to restitution, as they waived their valuable rights to sue Defendant in class actions, which reduced the value of their Xbox LIVE Gold memberships and their Xbox 360s.

35.     The instant claim is predicated on the generally applicable duty of any contracting party to refrain from unfair business practices.  The instant claim is predicated on duties that govern anyone engaged in any business and anyone contracting with anyone else.

12

---

CLASS ACTION COMPLAINT

36.     Plaintiff and Class Members are consumers who purchased Xbox LIVE Gold memberships and accessed Xbox LIVE prior to December 6, 2011 by agreeing to the pre-December 2011 Xbox LIVE Terms of Use, which did not contain an arbitration clause or class action waiver.  When Plaintiff and Class Members sought to access Xbox LIVE and use their Xbox LIVE Gold memberships on or after December 6, 2011, they were confronted with the new December 2011 Xbox LIVE Terms of Use which contained an arbitration clause and class action waiver.  In order to continue using Xbox LIVE and their Xbox LIVE Gold memberships, Plaintiff and Class Members were forced to agree to this arbitration clause and class action waiver.  If Plaintiff and Class Members declined to agree to the December 2011 Xbox LIVE Terms of Use, they would lose the use of their Xbox LIVE Gold memberships for which they already paid.  Thus, Defendant has sought to improperly obtain Plaintiff and Class Members' agreement to the arbitration clause and class action waiver in the December 2011 Xbox LIVE Terms of Use by tying that agreement to continued access to Xbox LIVE and use of their Xbox LIVE Gold memberships.  Had Plaintiff and Class Members not been forced to choose between waiving their right to class action litigation or losing the use of the Xbox LIVE Gold memberships for which they already paid, Plaintiff and Class Members would not have agreed to the December 2011 Xbox LIVE Terms of Use in the absence of adequate consideration.

37.     Based on the unfair agreement forced upon Plaintiff and Class Members, Plaintiff and Class Members had to agree to the December 2011 Xbox LIVE Terms of Use and waive their right to sue Defendant in class action litigation or be left with a substantially devalued Xbox 360 because it lacked access to Xbox LIVE, and they would lose the funds they expended for their Xbox LIVE Gold memberships.  Therefore, Plaintiff and Class Members were actually harmed.

13

38.     By engaging in the above-described acts and practices, Defendant committed one or more acts of unfair competition within the meaning of the UCL.

39.     Defendant's misconduct as alleged above and herein was unfair because (i) it caused Plaintiff and Class Members substantial injury by, among other things, requiring them to waive valuable rights in exchange for no consideration, or lose amounts already paid to Defendant for their Xbox LIVE Gold memberships and be left with severely devalued Xbox 360s, (ii) there were absolutely no countervailing benefits to consumers or to competition that could possibly outweigh this substantial injury, and (iii) this injury could not have been avoided by the consumers because they could not use their Xbox LIVE Gold memberships for which they had already paid, and had been using, without agreeing to the December 2011 Xbox LIVE Terms of Use.

40.     The harm to Plaintiff, members of the general public and Class Members substantially outweighs the utility of Defendant's policies, acts and/or practices, and consequently Defendant's conduct herein constitutes an unfair business act or practice within the meaning of the UCL.  Defendant's misconduct as alleged herein also gave Defendant an unfair competitive advantage over Defendant's competitors that did not engage in similar conduct.

41.     Defendant's unfair practices, as fully described herein, present a continuing threat to members of the public, as they can be compelled to agree to an arbitration clause and class action waiver or lose access to their Xbox LIVE Gold memberships for which they already paid.  Plaintiff and other members of the general public have no other remedy of law that will prevent Defendant's misconduct as alleged herein from occurring and/or reoccurring in the future.

14

CLASS ACTION COMPLAINT

42.    By virtue of Defendant's unfair acts and practices, Plaintiff and Class Members were and continue to be improperly compelled to waive valuable rights to sue Defendant in class action litigation in order to continue to use their Xbox LIVE Gold memberships.  Thus, Plaintiff and Class Members are entitled to declaratory and injunctive relief voiding their agreements to the arbitration clause and class action waiver in the December 2011 Xbox LIVE Terms of Use and preventing Defendant from conditioning continued access to Xbox LIVE and the use of Xbox LIVE Gold memberships on the agreement of Plaintiff and Class Members to the arbitration clause and class action waiver. Alternatively, Class Members who agreed to the December 2011 Xbox LIVE Terms of Use are entitled to restitution, as they waived their valuable rights to sue Defendant in class action, which has reduced the value of their Xbox 360s and their Xbox LIVE Gold memberships.  As a direct and proximate result of Defendant's unfair conduct alleged herein, Plaintiff and Class Members were forced to choose between the loss of their Xbox LIVE Gold memberships for which they already paid, and which were a key feature of their Xbox 360s, or waiving their rights to sue Defendant in class action litigation. Plaintiff and Class Members are direct victims of Defendant's unlawful conduct, and each has suffered injury in fact, and lost money or property as a result of Defendant's unfair competition.

43.    WHEREFORE, Plaintiff and Class Members are entitled to equitable relief, including declaratory relief, a permanent injunction enjoining Defendant from its unfair activity, restitution, and attorneys' fees and costs.

## VII.

## SECOND CLAIM FOR RELIEF

### Tortious Breach of Implied Covenant of Good Faith and Fair Dealing

44.    Plaintiff incorporates all preceding paragraphs as though fully set forth herein.

15

CLASS ACTION COMPLAINT

45.     Plaintiff and Class Members agreed to the pre-December 2011 LIVE Terms of Use, which did not contain an arbitration clause or class action waiver, and enjoyed the Xbox LIVE Gold memberships for which they already paid.

46.     Beginning on December 6, 2011, Plaintiff and Class Members could only access Xbox LIVE and use their Xbox LIVE Gold memberships if they agreed to the December 2011 Xbox LIVE Terms of Use, which contained an arbitration clause and class action waiver. Thus, without waiving valuable rights in exchange for no consideration, Plaintiff and Class Members could not access Xbox LIVE in accordance with the pre-December 2011 Xbox LIVE Terms of Use to which the parties previously agreed.

47.     As a direct and proximate result of Defendant conditioning continued access to Xbox LIVE and use of Xbox LIVE Gold memberships on Plaintiff and Class Members' agreement to the December 2011 Xbox LIVE Terms of Use, Plaintiff and Class Members were forced to give up their valuable rights to sue Defendant in class action litigation or face the loss of their Xbox LIVE Gold memberships for which they already paid and a substantial devaluation of their Xbox 360s.

48.     Defendant did not offer Plaintiff and Class Members an opportunity to opt out of the arbitration clause and class action waiver.

49.     Defendant uniformly and unfairly interfered with Plaintiff and Class Members' rights to receive the principal benefit of the pre-December 2011 Xbox LIVE Terms of Use – Xbox LIVE Gold membership – by conditioning Xbox LIVE access and use of the Xbox LIVE Gold memberships on the waiver of valuable rights in exchange for no consideration.

CLASS ACTION COMPLAINT

50. Defendant unfairly placed their corporate profits over the rights of others by compelling existing Xbox LIVE users to choose between their Xbox LIVE Gold memberships for which they had already paid or the loss of class action litigation rights without consideration.

51. At all times relevant, Defendant's conduct, as alleged herein, was malicious, oppressive, and/or unfair.

52. As a result of Defendant's conduct, Plaintiff and Class Members have been damaged. Plaintiff and Class Members either lost the value of their Xbox LIVE Gold memberships for which they already paid and had their Xbox 360s substantially devalued or have given up valuable class action litigation rights in exchange for no consideration.

53. WHEREFORE, Plaintiff and Class Members are entitled to declaratory relief, all damages proximately caused by Defendant's breach of the implied covenant of good faith and fair dealing in the pre-December 2011 LIVE Terms of Use as alleged herein, pre-judgment interest, costs of suit and other relief as the Court deems just and proper.

## VIII.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff and all Class Members pray for judgment against Defendant, as follows:

A. For an order certifying this case as a class action and appointing Plaintiff and her counsel to represent the Class;

B. For equitable relief, including restitution;

C. For declaratory relief;

D. For injunctive relief;

E. For compensatory damages and pre-judgment interest;

17

CLASS ACTION COMPLAINT

F.    For costs of suit;

G.    For reasonable attorneys' fees and costs; and

H.    For such other relief as is just and proper.


Dated: December _29_, 2011                    BERNS WEISS LLP

                                              By: _____
                                              Jeffrey K. Berns (SBN 131351)
                                              6303 Owensmouth Ave., 10th Floor
                                              Woodland Hills, CA 91367-2263
                                              Tel.: (818) 961-2000
                                              Fax: (818) 936-0232

                                                   -- and --

                                              Lee A. Weiss
                                              lweiss@bernsweiss.com
                                              626 RXR Plaza
                                              Uniondale, New York 11556
                                              Tel.: (516) 222-2900
                                              Fax: (818) 936-0232




                          **<u>DEMAND FOR A JURY TRIAL</u>**


        Plaintiffs hereby demand trial by jury to the full extent permitted by law


Dated: December _29_, 2011                    BERNS WEISS LLP

                                              By: _____
                                              Jeffrey K. Berns (SBN 131351)
                                              6303 Owensmouth Ave., 10th Floor
                                              Woodland Hills, CA 91367-2263
                                              Tel.: (818) 961-2000
                                              Fax: (818) 936-0232

                                                   -- and --

                                        18

                            CLASS ACTION COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Lee A. Weiss
lweiss@bernsweiss.com
626 RXR Plaza
Uniondale, New York 11556
Tel.: (516) 222-2900
Fax: (818) 936-0232

19

CLASS ACTION COMPLAINT

**EXHIBIT A**

Free.
My Account !Join Now !Sign In

Xbox 360 + Kinect    Xbox LIVE    Social    Games    Video    Music    Support    Search All

# Xbox LIVE Terms of Use

Updated: July 2011
Effective September 2011

Thank you for choosing Microsoft!

Please read this contract carefully. This contract governs your use of Xbox LIVE, Games for Windows Live, Zune, and Windows Phone Marketplace services or software that display or link to this contract, including services or software that allow you to stream, download, view or use certain digital content, such as music, video, games, mobile applications and other content that Microsoft makes available from time to time (the "Service"). The Service may be accessed from the Xbox 360 console, a personal computer, Windows Phone 7.x mobile phone, portable media player, other devices authorized by Microsoft (each an "Authorized Device"), or the World Wide Web. Microsoft may update this contract by posting new terms and conditions. If you do not agree to the changes, you must stop using the Service. Your continued use of the Service is your acceptance of the changed contract. If you use or receive software from us as part of the Service, its use is governed by one of two sets of license terms: If you're presented with a license for the software, the terms of that license apply; if no license is presented to you, the terms of this contract apply. You can view the most current version of this contract by clicking the "Terms of Use" link at the bottom of the web page. Your use of certain parts of the Service may be subject to additional guidelines, posted notices or codes of conduct. These are incorporated by reference into this contract.

Please note we do not provide warranties for the Service. This contract also limits our liability. These terms are in sections 15 and 16. We ask that you read them carefully.

### 1. What the Contract Covers.

This is a contract between you and the Microsoft company listed in Section 19 ("Microsoft," "we," "us," or "our") for use of the Service. Sections 1-5 and 8-20 apply across the Service. Sections 6 and 7 only apply if the Service involves payments to or from Microsoft. Sections 21-23 only apply if you use the Services identified in those sections. Some of these Services may not be fully available in your country or region or on your device.

By creating an account or otherwise accepting this contract, you represent that you are at least 18 years old or have reached the age of "majority" where you live. Your parent or legal guardian must set up an account on your behalf and accept this contract if you are under 18 or have not reached the age of "majority". You can use your Windows Live ID to register for the Service. A Windows Live ID will be automatically created for you if you do not have one. However, an automatically created Windows Live ID will only function with the Service. If you wish to use it for other Microsoft services, you must also agree to the applicable terms of use or terms of service for a general-purpose Windows Live ID.

### 2. Additional Terms.

Certain games, content offerings, features, services or events (for example, sweepstakes and tournaments) that are available via the Service ("Third-Party Features") may contain additional terms, codes of conduct, or guidelines that govern your use of those Third-Party Features ( collectively "Additional Terms"). Any dealings between you and such a third party are solely between you and the third party. Except as otherwise provided herein, the Additional Terms govern your use of the Third-Party Features. We do not endorse and are not responsible or liable for any aspect of any such dealings. Moreover, the Additional Terms do not apply to the Service or to your legal relationship with Microsoft. The terms in this contract limiting our liability also apply to your use of Third-Party Features to the extent that such terms are not covered in the Additional Terms. Nothing in any Additional Terms increases our liability or changes your relationship with us. Certain Third-Party Features may not be available for use by people under a certain age. Please review the privacy controls provided by Third-Party Features and be aware

**EXHIBIT A**

that those controls affect how you share your personal information when using that Third-Party Feature.

### 3. Using the Service.

You must comply with this contract, all applicable laws, and the Microsoft Anti-spam Policy (http://go.microsoft.com/fwlink/?LinkId=117951) when using the Service. You must also obey any policies, codes of conduct and notices we provide, including the Code of Conduct (http://www.xbox.com/legal/codeofconduct and its successors) ("Code of Conduct"). You agree that the Service is only for your personal use, and you will not use the Service, any content available on the Service, or your account, for any commercial purpose.  You may be unable to use the Service outside the country associated with your account ("Territory").

You must not use the Service to harm others or the Service. For example, you must not:

- use the Service to harm, threaten, or harass another person, organization, or Microsoft;
- damage, disable, overburden, or impair the Service (or any network or Authorized Device connected to the Service);
- resell or redistribute any part of the Service or access to the Service;
- use or attempt to use any unauthorized means to modify, reroute, or gain access to the Service;
- use any automated process or service (such as a bot, a spider, periodic caching of information stored by Microsoft, or metasearching) to access or use the Service, or to copy or scrape data from the Service;
- obtain (or try to obtain) any data from the Service or related hardware, except the data that we intend to make available to you; or
- use the Service or related hardware to design, develop, or update unauthorized software.

### 4. Your Service Account, Associated Accounts and Accounts from Third Parties.

Except as provided in this Section, only you may use your Service account. You must keep your accounts and passwords confidential and not authorize any third party to access or use the Service on your behalf unless we provide an approved mechanism for that. You must contact Customer Support immediately if you suspect misuse of your accounts or any security breach in the Service. For some parts of the Service, you may be able to set up additional accounts that are dependent on your account ("associated accounts").  You are responsible for all activity that takes place with your Service account and any associated accounts.  We may limit who may use your Service account or any associated accounts or the number of devices from which you may access the Service.

If you allow or enable a minor to use your Service account or an associated account, then:

- You represent that you are the parent or legal guardian of such minor;
- You acknowledge that some features of the Service, and some content available through the Service, may contain or expose users to material that is unsuitable for minors. You agree to supervise usage by minors whom you permit or enable to use the Service. The Service is not intended for use by children under 13 without adult supervision;
- You acknowledge that we offer "Parental Controls" to help you restrict purchases and limit access to material that may be unsuitable for minors. For example, we offer "Family Settings" on the Xbox 360 console and on the Service. You may view or revise your Parental Controls by logging into your account on http://www.xbox.com. Additional information about Parental Controls is available at http://www.xbox.com/support; and
- You are responsible for any material that a user of your Service account accesses or is denied access to (including as a result of your use or non-use of Parental Controls).  You acknowledge that use of Parental Controls is not a substitute for your personal supervision of minors that use your Service account.

If you use an associated account, you acknowledge that the holder of the Service account has full control over your associated account. This control includes the right to: (i) end the Service; (ii) close or alter your associated account at any time; (iii) access and modify Parental Controls for your associated account; and (iv) receive notices from us. In some cases, this control also includes the control of purchasing options from your associated account and the ability to request and receive device and Service usage information related to your associated account. We collect profile, usage and activity data related to your associated account and deliver it to the Service account holder. If you are an associated account user, this contract applies to your use of the Service, except for the following Sections: 4 (excluding this paragraph); 6 (if You Pay Microsoft); and Section 18.6 (Notices to Parties).

**EXHIBIT A**

**5. Internet Access May Be Required.**

To access the Service by means of a cellular data connection on a portable device (such as a Windows Phone), you will need a data access plan from your wireless carrier. In order to access the Service via WiFi or Internet connection, you will need a compatible device, software, browser and Internet access. You may incur charges related to Internet access and data transfer for such uses. Microsoft may change the requirements for accessing the Service from time to time and you are responsible for adhering to the requirements. If you do not agree with the changes, you must cancel and stop using the Service.

**6. Payment.**

**6.1 Charges**

If there is a charge associated with a Service, you agree to pay that charge. Prices for the Service exclude all applicable taxes and currency exchange settlements, unless stated otherwise. You may still incur charges incidental to using the Service even if the service itself is free. For example, charges for Internet access, text messaging, or other data transmission. You are solely responsible for the payment of such taxes or other charges related to your use of the Service.

**6.2. Your Billing Account**

You must provide a payment method at the time you sign up for a Service. You can access and modify your billing account information (including changing your payment method) on the Billing and Account Management website (https://billing.microsoft.com). You agree to keep your billing account information current at all times. We may cancel your Service if we do not receive payment from you. Changes made to your billing account will not affect charges we submit to your billing account before we reasonably could act on your request.

**6.3. Billing**

By providing Microsoft with a payment method, you: (i) represent that you are authorized to use the payment method that you provided; (ii) authorize Microsoft to charge you for the Service using your payment method; and (iii) authorize Microsoft to charge you for any paid feature of the Service that you choose to sign up for or use while this contract is in force. We may bill you: (a) in advance; (b) at the time of purchase; (c) shortly after purchase; or (d) on a recurring basis for subscription Services. We may charge you up to the amount you've approved. We will notify you in advance of any prices changes for recurring subscription Services. We may bill you for more than one of your prior billing periods at the same time.

**6.4 Automatic Renewal.**

We may automatically renew your Service (provided that automatic renewals are allowed in your country) at the then current price for the Service. We will inform you by email prior to the renewal and remind you that your designated payment method will be billed. We will also provide you with instructions on how to cancel the Service. You must cancel the Service (see Section 6.10 below) prior to the renewal date to avoid being billed for the renewal.

**6.5. Online statement and errors**

We will provide you with an online billing statement on the Billing and Account Management website (https://billing.microsoft.com), where you can view and print your statement. If we make an error on your bill, you must tell us within 120 days after the error first appears on your bill. We will then promptly investigate the charge. Subject to applicable laws, if you do not tell us within that time, you release us from all liability and claims of loss resulting from the error and we will not be required to fix the error or provide a refund. If we identify a billing error, we will either fix that error within 60 days or notify you that the correction will take longer.

**6.6. Cooling off period**

We may begin to provide the Service immediately when you request a Service from us. There is no cancellation or "cooling off" period, except if required by law. You may cancel the Service as provided in Section 6.10.

**6.7. Trial period offers**

**EXHIBIT A**

If you are participating in any trial period offer, you must cancel the Service by the end of the trial period to avoid incurring new charges unless we notify you otherwise. If you do not cancel your Service and we have told you the service will convert to a paid subscription at the end of the trial period, you authorize us to charge you for the Service.

### 6.8. Price Changes

We reserve the right to change our prices at any time. We will notify you at least 30 days in advance if we change the price of the Service. Any price change will be effective at the next renewal or billing period for your Service. If you do not agree to the price change, you must cancel and stop using the Service before the price change takes effect. If you cancel, your Service ends at the end of your current service period or, if we bill your account on a periodic basis, at the end of the period in which you canceled.

### 6.9. Refund policies

All sales are final and nonrefundable unless otherwise provided by law or by a particular Service offer.

### 6.10. Canceling the Service

You may cancel the Service at any time, with or without cause. Go to the Billing and Account Management website (https://billing.microsoft.com) for information and direction on how to cancel your Service. You should also review the offer describing the Service as: (i) you may not receive a refund at the time of cancellation; (ii) you may be required to pay cancellation fees; and (iii) you may be required to pay all charges made to your account for the Service prior to the date of cancellation.

### 6.11. Late payments

To the extent permitted by law, you must pay for all reasonable costs we incur to collect any past due amounts, including reasonable attorneys' fees and other legal fees and costs. We reserve the right to suspend or cancel the Service if we do not receive an on time, full payment from you.

### 6.12. Internet access service

If the Service doesn't include Internet access, you're responsible for paying the fees charged by your Internet access provider. Those fees are in addition to the fees you pay us for the Service.

The rest of this section applies only if your Service includes Internet access. This Service may not be available in your country or region. If you use a dial-up modem, you may incur toll, roaming, or other access charges, depending on the number you are calling and from where you are calling. You should check with your local telephone company first to determine if the number you plan to use will incur such charges. You may still incur charges, depending on your local provider, calling location, and phone plan even if we suggest a phone number for you to call. We will not reimburse you for such charges.

### 7. Payments to You.

Your right to any payment due under a Service depends on your promptly providing us with all information we require to properly make the payment. Subject to applicable laws, you must provide us with the information we request before your right to receive the payment accrues. You are responsible for the accuracy of the information you provide and for any taxes and charges you may incur. You must also comply with any other conditions we place on your right to any payment. If you receive a payment in error, we may reverse or seek return of the payment. You will cooperate with us in our efforts to do this. We may also reduce your account balance without notice to adjust for the previous overpayment.

### 8. Available Content.

The Service may consist of specific content, features and functions that vary depending on your Territory and the type of device from which you access the Service. For example, the Service may include access to music, video, games, or mobile applications that are available in certain countries or for certain devices only.

**EXHIBIT A**

Some content available in the Service may be unavailable from time to time or may only be offered for a limited time due to contractual or other limitations. As such, you may not be able to re-download or re-stream certain content that you have purchased. We have no obligation to provide a re-download or replacement of any content previously purchased. To the extent we receive information from the content owners indicating the date their content will be unavailable, we will endeavor to share this information with you.

Your ability to access the Service and obtain certain content is restricted to your Territory. If you change your account to a different Territory, you may not be able to re-download or re-stream content that was available to you in your previous Territory. You may be required to purchase and pay for content in your new Territory even though you have already paid for that content in the previous Territory.

**9. Your Content.**

We do not claim ownership of the content you provide on the Service. Your content remains your content. We do not control, verify, or endorse the content that you and others make available on the Service.

You control who may access your content. If you share content in public areas of the Service or in shared areas available to others you have chosen, then anyone you have shared content with may use that content. When you give others access to your content on the Service, you grant them free, nonexclusive permission to use, reproduce, distribute, display, transmit, and communicate to the public the content solely in connection with the Service and other products and services made available by Microsoft. If the submission is a photograph or other digital image, you also expressly waive any and all rights of privacy and publicity with respect to the image. If you do not want others to have those rights, do not use the Service to share your content.

You understand that Microsoft may need, and you hereby grant to Microsoft and its affiliates, resellers, distributors, service providers, partners, and/or suppliers the right, to use, modify, adapt, reproduce, distribute, publish and display content posted on the Service. These include your name, Gamertag, motto, avatar, or other information you supply in connection with the content. These rights apply solely to the extent necessary to provide the Service.

You must respect the rights of artists, authors, inventors and creators. Content may be protected by copyright. People appearing in content may have a right to control the use of their image. If you share content on the Service in a way that infringes others' copyrights, other intellectual property or proprietary rights, or publicity or privacy rights, you are breaching this contract (and violating other rights and possibly the law). You represent and warrant that you have all the rights necessary for you to grant the rights in this section and that the use of the content does not violate any law. We will not pay you for your content. We may refuse to publish your content for any or no reason. We may remove your content from the Service at any time and for any reason, including if: (i) you breach this contract; (ii) the content exceeds limits on storage or file size; or (iii) we cancel or suspend the Service.

You are responsible for backing up the data and content that you store on the Service. We may permanently delete your data from our servers if the Service is suspended or canceled. We do not have any obligation to return data to you after the Service is suspended or canceled. If data is stored with an expiration date, we may also delete the data as of that date. Data that is deleted may be irretrievable.

**10. Online Forums.**

The Xbox LIVE Forums, Games for Windows Live Forums, and the Zune Forums (each an "Online Forum" and collectively the "Online Forums") are sites available at: http://forums.xbox.com, http://forums.xbox.com/gfw/default.aspx and http://answers.microsoft.com/zune, respectively. The Online Forums are where users can get help and support with certain Authorized Devices and related software and services. You can browse the Online Forums without signing in. But you must sign into your Service account to post a message or reply to one. Anything that you post to the Online Forums is public. All posts you make to the Online Forums must comply with the Code of Conduct and the other terms of this contract. Any post that does not comply may be removed by Microsoft and result in, among other things, termination or suspension of your rights to use the Service. Although we have no obligation to screen, edit, monitor or remove any of the content posted by users in the Online Forums or elsewhere on or through the Service, we reserve the right to do so without notice in our sole discretion. You can report abuse or violations of the Code of Conduct in an Online Forum by clicking on the "report" button and

**EXHIBIT A**

completing the web form. We are not responsible or liable for any statements, representations or content provided by users in the Online Forums or elsewhere in connection with the Service. Your use of Online Forums and the Service is at your own risk.

**11. Privacy.**

We collect certain information about you to operate and provide the Service. We may also automatically upload information about your computer, your use of the Service, and Service performance as part of the Service. We use and protect that information as described in the Microsoft Online Privacy Statement (http://go.microsoft.com/fwlink/?LinkId=81184), the Windows Phone 7 Privacy Statement (http://go.microsoft.com/fwlink/?LinkId=187032), and their successors. In particular, we may access or disclose information about you, including the content of your communications, in order to: (a) comply with the law or respond to lawful requests or legal process; (b) protect the rights or property of Microsoft or our customers, including the enforcement of our agreements or policies governing your use of the Service; and (c) act on a good faith belief that such access or disclosure is necessary to protect the personal safety of Microsoft employees, customers, or the public.

We may use technology or other means to protect the Service, protect our customers, or stop you from breaching this contract. These means may include, for example, filtering to stop spam or increase security. These means may interfere with your use of the Service and hinder or interrupt your use of the Service. We reserve the right to enforce and verify compliance with any part of this contract. This includes Microsoft's right to cooperate with any legal process relating to your use of the Service, and a third party claim that your use of the Service is unlawful or infringes such third party's rights.

Personal information collected by Microsoft may be stored and processed in the United States or any other country or region in which Microsoft or its affiliates, subsidiaries, or service providers maintain facilities. You consent to any such transfer of information outside of your country or region. Microsoft abides by the safe harbor framework as set forth by the U.S. Department of Commerce regarding the collection, use, and retention of data from the European Union, European Economic Area and Switzerland.

We may collect certain information about Service performance, your Authorized Device, and your use of the Service and Authorized Device to provide you the Service and improve the Service and Authorized Devices. We may automatically upload this information from your Authorized Device. Such data may include Xbox console hardware and operating performance data, unique identifiers on game discs, network performance data, and Service quality data. If you use the Xbox console with Kinect, we may also collect data about the way in which you interact with the console and the Service to improve Microsoft products and services. Any software or hardware errors which occur while you are connected to the Service or are offline may be uploaded and reported. All such data may be stored with the Xbox console's unique identifier, and may be associated with other personally identifiable information. You may read about this data collection in more detail in the Microsoft Online Privacy Statement at http://go.microsoft.com/fwlink/?LinkId=81184.

**12. Intellectual Property.**

We may automatically check your version of the software. We may also automatically download upgrades to the software to your Authorized Device to update, enhance, and further develop the Service.

Any software or content (e.g., text, images, video, graphics, music, sound, or games) (for purposes of this Section 12, we refer to all of these, as applicable, as "Software") we provide as part of the Service is licensed and not sold. We reserve all other rights not expressly granted in this contract. The Software license ends when your Service ends unless we notify you otherwise. You must then uninstall the Software, or we may disable it. You must not work around any technical limitations in the Software.

Microsoft Products and Services are subject to United States export laws and regulations. You must comply with all domestic and international export laws and regulations that apply to the products and services. These laws include restrictions on destinations, end users and end use. For additional information, see http://www.microsoft.com/exporting. If you use the Software to access content that has been protected with Microsoft Digital Rights Management (DRM), the Software may automatically request media usage rights from an online rights server and download and install DRM updates in order to let you play the content. See the DRM information

**EXHIBIT A**

in the Microsoft Silverlight Privacy Statement (http://go.microsoft.com/fwlink/?LinkId=178857) for more information.

**13. Microsoft Points.**

Microsoft Points is a Service under which you can acquire Points and redeem those Points for certain online services and digital products. You can see how many Points you have by checking your Points balance at https://billing.microsoft.com. You can obtain selected Services or digital products that we offer in exchange for Points. You can do this by redeeming your Points as described in the messaging for those offers.

You can acquire Points in a variety of ways. For example, you can purchase Points, or certain Services may give you Points for using the Service or specific features of the Service (also known as "Promotion Points"). You can earn Promotion Points only for actions you actually complete. You are responsible for any taxes that may result from your participation in the Points Service.

When you obtain Points, you have obtained a limited license to a digital product. Points have no monetary value. You may not exchange Points for cash or money, regardless of how you acquired those Points. Points are not your personal property. Your only recourse for using Points is to obtain the specific online Services or digital products that we offer for Points redemption. We may further restrict our Points redemption offers based on your country of residence. We encourage you to redeem your Points. Points redemption offers may be limited in time and scope. The scope, variety, and type of online Services and digital products offered can change at any time. We have no obligation to continue making offers available for Points redemption.

Promotion Points may expire at any time, as set forth in the messages related to that promotion. We may cancel, suspend, or otherwise limit your access to your Points if we suspect fraudulent, abusive, or unlawful activity. Once we delete Points from a balance, we will not reinstate them, except at our discretion. When we cancel, suspend, or otherwise limit access to your Points, your right to use your Points immediately ceases. We will use reasonable efforts to investigate Points that are subject to access limitations and to reach a final decision on the limitations promptly. In addition, we may limit your use of the Points service. This includes applying limits to: (i) the number of Points you may have credited to your Points balance at one time; (ii) the number of Points you may redeem within a given time period (for example, one day); and (iii) the number of Promotion Points you may obtain in a single event.

If we post Points to your balance for activity that is subsequently voided, canceled or that involves a returned item, we will remove those Points from your balance. You must ensure that we properly post your Points to your Points balance. If you believe that you have validly acquired Points that we have not posted to your Points balance, subject to applicable laws, we will not post these Points unless you contact us within 12 months after the date you claim to have acquired those Points. We may require reasonable documentation to support your claim.

**14. Service Operation and Equipment.**

You may only access the Service with an Authorized Device or by logging into your account via the World Wide Web. You agree that: (i) you are using only authorized software and hardware to access the Service; (ii) your software and hardware have not been modified in any unauthorized way (e.g., through unauthorized repairs, unauthorized upgrades, or unauthorized downloads); and (iii) we have the right to send data, applications or other content to any software or hardware that you are using to access the Service for the express purpose of detecting an unauthorized modification. You must not attempt to disassemble, decompile, create derivative works of, reverse engineer, modify, further sublicense, distribute, or use for other purposes the Service, any game, application, or other content available or accessible through the Service, or any hardware associated with the Service or with an Authorized Device. If you do so, we may cancel your account and your ability to access the Service, and pursue other legal remedies. We may take any legal action we deems appropriate against users who violate our systems or network security, this contract or any additional terms incorporated or referenced in this contract. Such users may also incur criminal or civil liability.

We reserve complete and sole discretion with respect to the operation of the Service. We may, among other things: (i) restrict or limit access to the Service; (ii) retrieve information from the Authorized Device and any connected peripheral device used to log onto the Service as necessary to operate and protect the security of the Service, and to enforce this contract; and (iii) upgrade, modify, withdraw, suspend, or discontinue any functionality or feature of the Service, any game or other content available or accessible through the Service, or any hardware or software associated with the Service or with an Authorized Device, from time to time without

**EXHIBIT A**

notice. We may do so by the automatic download of related software directly to your Authorized Device, including software that prevents you from accessing the Service, playing pirated games, or using unauthorized hardware peripheral devices.

## 15. WE MAKE NO WARRANTY.

We provide the Service "as-is," "with all faults," and "as available." We do not guarantee the suitability, reliability, availability, accuracy or timeliness of information available from the Service, or that the Service will be uninterrupted, secure, error-free or that data loss will not occur. You acknowledge that computer and telecommunications systems are not fault-free and occasional periods of downtime will occur. We give no express warranties, guarantees, or conditions.  We disclaim all warranties with regard to the Service, including any implied warranties (e.g., those of merchantability, fitness for a particular purpose, workmanlike effort, title and non-infringement). You may have additional consumer rights under your local laws that this contract cannot change.

### 15A. Australian Consumer Guarantees

If you live in Australia, there are consumer guarantees which are implied under the Australian Consumer Law which will apply to the goods and services supplied to you as part of the Services. Clause 15 above is modified by the inclusion of those guarantees.

For such of the Service that comprises services (rather than goods) should we breach any of these consumer guarantees your remedy is limited to receiving the supply of the service again, or the payment of the cost of having the services supplied again.

For such of the Service that comprises goods (which includes computer software) the following applies:

> Our goods come with guarantees that cannot be excluded under the Australian Consumer Law. You are entitled to a replacement or refund for a major failure and compensation for any other reasonably foreseeable loss or damage. You are also entitled to have the goods repaired or replaced if the goods fail to be of acceptable quality and the failure does not amount to a major failure.

In the case of software, the repair of goods may not be practicable, and a replacement will be provided if this is the case. For any warranty or consumer guarantee issue, please contact the Xbox Call Centre at (02) 8031-8186 (if you are in Sydney) or 1800 555 741.

### 16. LIABILITY LIMITATION.

You can recover from us for all successful claims only direct damages up to a total amount equal to your Service fee for one month.  You cannot recover any other damages, including consequential, special, indirect, incidental, or punitive damages and lost profits.

This limitation applies to anything related to this contract, for example:

- the Service;
- loss of data;
- your content, third party content (including code), third party programs, or third party conduct;
- viruses or other disabling features that affect your access to or use of the Service;
- incompatibility between the Service and other services, software, or hardware;
- delays or failures you may have in initiating, conducting, or completing any transmissions or transactions in connection with the Service in an accurate or timely manner; and
- claims for breach of contract; breach of warranty, guarantee, or condition; misrepresentation; strict liability; negligence; or other tort.

It also applies even if this remedy does not fully compensate you for any losses, fails of its essential purpose or we knew or should have known about the possibility of the damages.

Nothing in these terms shall affect the statutory rights of any consumer or exclude or restrict liability for death or personal injury arising from our negligence, fraud, or our gross negligence or willful intent. Some or all of these limitations or exclusions may not apply to you if your state, province, or country does not allow the exclusion or limitation of incidental, consequential or other damages.

### 17. Changes to the Service; If We Cancel the Service.

## EXHIBIT A

We may change the Service or delete features of the Service at any time for any reason. If you do not agree to these changes, then you must cancel and stop using the Service.

A particular feature may be a pre-release version – a beta, for example – and may not work correctly or in the way a final version might work. We may significantly change the final version or decide not to release a final version.

We may cancel or suspend your use of the Service at any time without notice and for any reason. Upon Service cancellation, your right to use the Service stops right away. Your ability to access and use Third-Party Features also stops right away.  Our cancellation of the Service will not change your obligation to pay all charges made to your billing account.  If we cancel the Service in its entirety without cause, then we will refund to you on a pro-rata basis the amount of your payment for the portion of your Service remaining at the time of cancellation. Sections 6 (for amounts incurred before termination), Section 11, Sections 15-18 and those sections of this contract that by their terms apply after termination of this contract will survive any termination of this contract. If you have confidentiality obligations related to the Service, those obligations remain in force (for example, you may have been a beta tester).

## 18. General Legal Terms.

**18.1.Interpreting the Contract.** All parts of this contract apply to the maximum extent permitted by law.  A court may hold that we cannot enforce a part of this contract as written.  If this happens, we will replace that part with terms that most closely match the intent of the part that we cannot enforce.  The rest of this contract won't change.  This is the entire contract between you and us regarding your use of the Service.  It supersedes any prior contract or oral or written statements regarding your use of the Service.  The section titles in this contract do not limit the other terms of this contract. If you are accessing the Service within Germany, the agreement located at http://www.xbox.com/de-DE/Legal/LiveTOU applies instead of this contract.

**18.2.Assignment and Transfer.** Microsoft may assign, transfer, sell, rent or lend or otherwise dispose our rights and obligations under this contract, in whole or part, at any time without notice to you. You may not assign this contract or any part of it, or any rights to use the Service or any part of the Service, either temporarily or permanently, to any other party. Any attempt to do so is void.

**18.3. No Third Party Beneficiaries; Microsoft Affiliates.** This contract is solely for your and our benefit, except for certain sections of this contract which are for the benefit of Microsoft's affiliates and owners of content available through the Service. As a result, Microsoft's affiliates and owners of content available through the Service are entitled to enforce this contract. Except as stated above, this contract does not create any enforceable rights by anyone other than you and Microsoft and permitted successors.

**18.4.No Waiver.** We enforce this contract, the Code of Conduct and other user content and conduct rules set forth in this contract, and exercise our rights and remedies at our sole discretion. If we fail to enforce such rules, rights, or remedies in some instances it is not a waiver of our right to do so in other instances. These rules do not create any private right of action for you or any third party or any reasonable expectation that the Service will not contain any content that is prohibited by such rules.

**18.5.Claims Must Be Filed Within One Year.** To the extent permitted by law, any claim related to this contract or the Service must be brought within one year. The one-year period begins on the date when the claim first could be filed. Any claim that is not filed within that time is permanently barred. This section applies to you and your successors. It also applies to us and our successors and assigns.

**18.6.Notices to Parties.** You may notify us as stated in customer support for the Service.  We do not accept email notices. This contract is in electronic form. We may send you information about the Service, additional information, and information the law requires us to provide in electronic form. We may provide required information to you: (i) by e-mail at the address you specified when you signed up for the Service; (ii) by access to a Microsoft web site we identify; or (iii) by access to a pre-designated Microsoft web site. Notices e-mailed to you will be deemed given and received when the e-mail is sent. As long as you can access and use the Service, you will be able to receive such notices.  If you do not consent to receive any notices electronically, you must stop using the Service.

**18.7.Other Notices.**

**EXHIBIT A**

Copyright and Trademark Notices. All contents of the Service except user-generated content are Copyright © 2011 Microsoft and/or its suppliers, One Microsoft Way, Redmond, Washington 98052-6399 U.S.A. All rights reserved. We or our suppliers own the title, copyright and other intellectual property rights in the Service, software, and content. Microsoft, Windows, Windows Live, Windows logo, MSN, MSN logo (butterfly), Bing, Xbox, Xbox 360, Xbox LIVE, Kinect, the Xbox logos and other Microsoft products and services may also be either trademarks or registered trademarks of Microsoft in the United States and other countries. The names of actual companies and products mentioned in this contract may be the trademarks of their respective owners. Any rights not expressly granted in this contract are reserved. Certain software used in certain Microsoft web site servers is based in part on the work of the Independent JPEG Group. Copyright © 1991-1996 Thomas G. Lane. All rights reserved. "gnuplot" software which may be used in certain Microsoft web site servers is copyright © 1986-1993 Thomas Williams, Colin Kelley. All rights reserved.

Notices and Procedure for Making Claims of Copyright Infringement. Notifications of claimed copyright infringement should be sent to Microsoft's Designated Agent pursuant to Title 17, United States Code, Section 512(c)(2). WE WILL NOT RESPOND TO INQUIRIES THAT ARE NOT RELEVANT TO THE FOLLOWING PROCEDURE. For details and contact information see Notice and Procedure for Making Claims of Copyright Infringement at http://www.microsoft.com/info/cpyrtInfrg.htm.

Financial Notice. Microsoft is not a broker/dealer or registered investment advisor under U.S. federal securities law or securities laws of other jurisdictions. Microsoft does not advise individuals as to the advisability of investing in, purchasing, or selling securities or other financial products or services. Nothing contained in the Service constitutes an offer or solicitation to buy or sell any security. Neither Microsoft nor its licensors of stock quotes or index data endorse or recommend any particular financial products or services. Nothing contained in the Service is intended to constitute professional advice, including but not limited to, investment or tax advice.

Notice about the H.264/AVC Visual Standard and the VC-1 Video Standard. Software provided with the Service may include H.264/MPEG-4 AVC and/or VC-1 decoding technology. MPEG LA, L.L.C. requires this notice:

THIS PRODUCT IS LICENSED UNDER THE AVC AND THE VC-1 PATENT PORTFOLIO LICENSES FOR THE PERSONAL AND NON-COMMERCIAL USE OF A CONSUMER TO (A) ENCODE VIDEO IN COMPLIANCE WITH THE ABOVE STANDARDS ("VIDEO STANDARDS") AND/OR (B) DECODE AVC AND VC-1 VIDEO THAT WAS ENCODED BY A CONSUMER ENGAGED IN A PERSONAL AND NON-COMMERCIAL ACTIVITY AND/OR WAS OBTAINED FROM A VIDEO PROVIDER LICENSED TO PROVIDE SUCH VIDEO. NONE OF THE LICENSES EXTEND TO ANY OTHER PRODUCT REGARDLESS OF WHETHER SUCH PRODUCT IS INCLUDED WITH THIS SOFTWARE IN A SINGLE ARTICLE. NO LICENSE IS GRANTED OR SHALL BE IMPLIED FOR ANY OTHER USE. ADDITIONAL INFORMATION MAY BE OBTAINED FROM MPEG LA, L.L.C. SEE http://www.mpegla.com

For clarification purposes only, this notice does not limit or inhibit the use of the software provided under this contract for normal business uses that are personal to that business which do not include: (i) redistribution of the software to third parties, or (ii) creation of content with the VIDEO STANDARDS compliant technologies for distribution to third parties.

19. Choice of Law and Location for Resolving Disputes.

If you live in North or South America, you are contracting with Microsoft Corp, One Microsoft Way, Redmond, WA 98052, USA. Washington State law governs the interpretation of this contract and applies to claims for breach of it, regardless of conflict of laws principles. All other claims, including claims regarding consumer protection laws, unfair competition laws, and in tort, will be subject to the laws of your state of residence in the United States, or the laws of the country to which we direct your Service if you live outside the United States. You and we irrevocably consent to the exclusive jurisdiction and venue of the state or federal courts in King County, Washington, USA, for all disputes arising out of or relating to this contract.

If you live in Europe, you are contracting with Microsoft Luxembourg S.à.r.l, 20 Rue Eugene Ruppert, Immeuble Laccolith, 1st Floor, L-2543 Luxembourg. All claims, including claims regarding consumer protection laws, unfair competition laws, and in tort, will be subject to the laws of Luxembourg or of the country in which you reside. With respect to jurisdiction, you may choose the responsible court in Luxembourg or in the country in which you reside for all disputes arising out of or relating to this contract.

**EXHIBIT A**

If you live in the Middle East or Africa, you are contracting with Microsoft Luxembourg S.à.r.l., 20 Rue Eugene Ruppert, Immeuble Laccolith, 1st Floor, L-2543 Luxembourg. The laws of Luxembourg govern the interpretation of this contract and apply to claims for breach of it, regardless of conflict of laws principles. All other claims, including claims regarding consumer protection laws, unfair competition laws, and in tort, will be subject to the laws of the country to which we direct your Service. You and we irrevocably agree to the exclusive jurisdiction and venue of the Luxembourg courts for all disputes arising out of or relating to this contract.

If you live in Asia or the South Pacific (other than the countries called out below), you are contracting with Microsoft Regional Sales Corp. ("MRS"). MRS is a corporation organized under the laws of the State of Nevada, USA. MRS has a branch in Singapore located at 438B Alexandra Road, #04-09/12, Block B, Alexandra Technopark, Singapore, 119968. The laws of Washington govern this contract. Any dispute arising out of or related to this contract will be referred to and finally resolved by arbitration in Singapore according to the Arbitration Rules of the SingaporeInternational Arbitration Center (SIAC. These rules are incorporated by reference into this clause. The tribunal will consist of one arbitrator appointed by the Chairman of SIAC. The language of arbitration will be English. The decision of the arbitrator will be final, binding, and incontestable. The decision may be used as a basis for judgment in any country or region.

If you live in China, you are contracting with Microsoft Corp., One Microsoft Way, Redmond, WA 98052, USA. Washington State law governs this contract, regardless of conflict of laws principles. The jurisdiction of the state or federal courts in King County, Washington, USA, is nonexclusive.

If you live in Japan, you are contracting with Microsoft Japan Co., Ltd (MSKK), Shinagawa Grand Central Tower, 2-16-3 Konan Minato-ku, Tokyo 108-0075. The laws of Japan govern this contract and any matters arising out of or relating to it. You and we irrevocably agree to the exclusive original jurisdiction and venue of the Tokyo District Court for all disputes arising out of or relating to this contract.

If you live in Korea, you are contracting with Microsoft Korea, Inc., 6th Floor, POSCO Center, 892 Daechi-Dong, Kangnam-Gu, Seoul, 135-777, Korea. The laws of the Republic of Korea govern this contract. You and we irrevocably agree to exclusive original jurisdiction and venue of the Seoul District Court for all disputes arising out of or relating to this contract.

If you live in Taiwan, you are contracting with Microsoft Taiwan Corp., 8F, No 7 Sungren Road, Shinyi Chiu, Taipei, Taiwan 110. The laws of Taiwan govern this contract. You and we irrevocably designate the Taipei District Court as the court of first instance having jurisdiction over any disputes arising out of or in connection with this contract.

**20. Support**

We do not offer customer support for the Service unless provided otherwise in this contract or the materials we publish in connection with a particular component of the Service. For more information on customer support, please go to http://www.xbox.com/support.

**21. Xbox LIVE and Games for Windows LIVE**

The following additional terms apply to Xbox LIVE and Games for Windows Live:

**21.1. Additional Privacy Terms for Xbox LIVE and Games for Windows LIVE.** We require certain permissions in order for you to evaluate and enable the features and functions of the Xbox LIVE/Games for Windows Live Service. These features and functions include leaderboards, live-hosted gameplay, achievements, tournaments, and gamer profile sharing. If you evaluate or enable these features and functions you grant Microsoft and its affiliates, resellers, distributors, service providers, partners, and/or suppliers (each, a "Microsoft party") the following permissions. Microsoft parties may use, track, store, copy, distribute, broadcast, transmit, publicly display and perform, and reproduce: (i) your game scores; (ii) your game play sessions; (iii) your presence on the Xbox LIVE/Games for Windows Live Service; (iv) the time that you spend on or within particular portions of the Xbox LIVE/Games for Windows Live Service; (v) portions of the Xbox LIVE/Games for Windows Live Service that are displayed on your monitor or screen and the duration of that display; (vi) rankings, statistics, gamer profiles, avatars, and content that you may submit; and (vii) other usage information. These permissions apply with or without attribution to you, your gamertag or avatar. We may use these permissions without notice or compensation to you of any kind.  To avoid any confusion, we have the right to make information pertaining to your use of, and gameplay on, Xbox LIVE available through Games for Windows Live, and vice versa.

**EXHIBIT A**

You should not expect any level of privacy concerning your use of the live communication features (for example, voice chat, video and communications in live-hosted gameplay sessions) offered through the Xbox LIVE/Games for Windows Live Service. We may monitor these communications to the extent permitted by law. However, we cannot monitor the entire Service and make no attempt to do so. You understand that others can record and use these communications. Communications in live-hosted gameplay sessions may also be broadcast to others. Some games may use game managers and hosts. Game managers and hosts are not authorized Microsoft spokespersons. Their views do not necessarily reflect those of Microsoft.

When you use Voice Search, all voice commands are sent to Microsoft and stored to provide the Voice Search Service and improve Microsoft products. If you use Voice Search, you consent to Microsoft recording and collecting your voice input to provide the Voice Search Service and improve Microsoft products. We will treat any voice input according to the Microsoft Online Privacy Statement (http://go.microsoft.com/fwlink/?Linkid=81184).

### 22. Zune

The following additional terms apply to Zune:

**22.1 Zune Pass Subscription.** You can choose to sign up for a Zune Pass subscription if available in your Territory. The Zune Pass allows you to stream or download as many songs as you want from the Zune Service on a subscription basis for a flat monthly fee. If you do not pay your subscription fee or your Zune Pass subscription terminates for any other reason, you will no longer have access to any content you downloaded under your Zune Pass subscription.

**22.2 Non-commercial use.** Music and video content may only be used for personal, non-commercial use and may not be used as a musical "ringer" or ringtone for a mobile phone without the prior written consent of the copyright owner.

**22.3 Content Usage Rules for Music and Music Video.** All music and music video content you purchase, rent or acquire on a subscription basis from the Zune Service in your Territory is subject to this contract and any other applicable terms and conditions. These include: (i) limitations imposed by copyright owners; (ii) use of digital rights management (DRM) technology; and (iii) the usage rules, located at http://www.xbox.com/usagerules.

**22.4. Storage.** Any burning or exporting capabilities (if applicable) are solely an accommodation to you. They do not constitute a grant or waiver (or other limitation or implication) of any rights of the copyright owners of any audio or video content, sound recording, underlying musical composition or artwork embodied in any purchased content.

**22.5. Video Content (Film or Television).** We may offer video content in your Territory ("Video Content") for download, streaming or both, on: (i) a limited time-based video-on-demand basis ("VOD Content"); or (ii) a retained license basis ("Retained Rights Content"). You may only stream Video Content to the extent this feature is authorized under the Service. Resolution of Video Content purchased in high definition may vary depending on the content you chose, the device or hardware that you use, and the bandwidth of your Internet connection.

**22.5.1. VOD Content.** Notwithstanding anything to the contrary in this contract, we grant you a personal, non-exclusive, non-transferable, limited right and license to view and privately display the VOD Content in your Territory for personal, non-commercial purposes only via an Authorized Device. This limited right and license is subject to the terms of this contract and the usage rules, located at http://www.xbox.com/usagerules and is effective on payment of the required fees.

**22.5.2. Retained Rights Content.** Notwithstanding anything to the contrary in this contract, we grant you, a personal, non-exclusive, non-transferable, limited right and license to view and privately display any Retained Rights Content you obtain via the Service in your Territory. This limited right and license is: (i) subject to the terms of this contract; (ii) for personal, non-commercial purposes only, for and during your authorized use of the Zune Service; and (iii) effective on payment of the required fees. Once you obtain a license to an item of Retained Rights Content, you may download or stream a copy of it to one or more Authorized Devices, as set forth in the usage rules, located at http://www.xbox.com/usagerules.

### 23. Windows Phone 7.x.

**EXHIBIT A**

The Service available in your Territory may enable you to browse, search, download and purchase applications for your Windows ® Phone running a version 7.x of the Windows Phone operating system ("Windows Phone Applications").

We will identify the provider of each Windows Phone Application. It may be Microsoft ("Microsoft applications") or a third party ("Third Party applications"). Your use of Windows Phone Applications is governed by the Standard Application License Terms at the end of these Terms of Use. If a Third Party application provides you with separate terms those apply instead.

We are not a party to the license between you and a Third Party application provider. We act as an agent of the application provider in providing the Third Party application to you. We are not responsible for:

- the Third Party application;
- your use of the Third Party application;
- the content of the Third Party application;
- customer support for the Third Party application; or
- any warranties or claims relating to the Third Party application.

**23.1 Removing or Disabling Windows Phone Applications.** We may disable the Windows Phone applications contained in your service account for any reason. We may also remove any Windows Phone application or disable copies of any Windows Phone application on your Marketplace enabled device in order to protect the service, application providers, wireless carriers over whose network you access the service or any other affected or potentially affected parties.

**23.2. Privacy Policy for Windows Phone Applications.** The privacy policies that apply to Third Party applications will be provided to you with such Third Party applications, and Microsoft's Terms of Use and privacy policies will not apply to your use of a Third Party application.

Standard Application License Terms

STANDARD APPLICATION LICENSE TERMS (UPDATED JUNE 2011)

WINDOWS PHONE APPLICATIONS

These license terms are an agreement between Application Provider and you. Please read them. They apply to the software application you download from the Windows Phone Marketplace ("Application"), unless the Application comes with separate terms ("Third Party License"). In that case, the terms of the Third Party License will apply. This agreement also applies to any updates and supplements for the Application, unless other terms accompany those items. If so, those terms apply.

BY DOWNLOADING OR USING THE APPLICATION, YOU ACCEPT THESE TERMS. IF YOU DO NOT ACCEPT THEM, DO NOT DOWNLOAD OR USE THE APPLICATION.

Except for the foregoing, if the Application enables access to any Internet-based services, your use of those services will be subject to the separately-provided terms of use.

In this agreement "Application Provider" means the entity licensing the Application to you, as identified in the Windows Phone Marketplace. If the Application is provided by Microsoft, then the Application Provider is Microsoft (or based on where you live, one of its affiliates).

If you comply with these license terms, you have the rights below.

INSTALLATION AND USE RIGHTS.

Installation and Use. You may install and use one copy of the Application on up to five (5) mobile devices you personally own or control and which are affiliated with the Windows Live ID associated with your Windows Phone Marketplace account. You may not install or use a copy of the Application on a device you do not own or control.

INTERNET-BASED SERVICES. Application Provider may provide Internet-based services with the Application. In addition to the following, your use of such services is subject to the terms provided to you by the Application Provider and/or your wireless carrier.

Consent for Internet-Based or Wireless Services. The Application may connect to computer systems over an Internet-based wireless network. In some cases, you will not receive a separate

**EXHIBIT A**

notice when they connect. Using the application operates as your consent to the transmission of standard device information (including but not limited to technical information about your device, system and application software, and peripherals) for Internet-based or wireless services.

Misuse of Internet-based Services. You may not use any Internet-based service in any way that could harm it or impair anyone else's use of it or the wireless network. You may not use the service to try to gain unauthorized access to any service, data, account or network by any means.

Scope of License. The Application is licensed, not sold. This agreement only gives you some rights to use the Application. Application Provider reserves all other rights. Unless applicable law gives you more rights despite this limitation, you may use the Application only as expressly permitted in this agreement. In doing so, you must comply with any technical limitations in the Application that only allow you to use it in certain ways. You may not:

- work around any technical limitations in the Application;
- reverse engineer, decompile or disassemble the Application, except and only to the extent that applicable law expressly permits, despite this limitation;
- make more copies of the Application than specified in this agreement or allowed by applicable law, despite this limitation;
- publish or otherwise make the Application available for others to copy;
- rent, lease or lend the Application; or
- transfer the Application or this agreement to any third party.

Documentation. If documentation is provided with the Application, you may copy and use the documentation for your internal, reference purposes.

Export Restrictions. The Application is subject to United States export laws and regulations. You must comply with all domestic and international export laws and regulations that apply to the Application. These laws include restrictions on destinations, end users and end use. For additional information, see www.microsoft.com/exporting.

Support Services. The Application is provided "as is." Contact the Application Provider to determine if any support services are available. Microsoft (unless Microsoft is the Application Provider), your phone manufacturer, and your wireless carrier are not responsible for providing support services for the Application.

Entire Agreement. This agreement, and the terms for supplements and updates are the entire agreement for the Application.

Applicable Law.

United States. If you acquired the Application in the United States, Washington state law governs the interpretation of this agreement and applies to claims for breach of it, regardless of conflict of laws principles. The laws of the state where you live govern all other claims, including claims under state consumer protection laws, unfair competition laws, and in tort.

Outside the United States. If you acquired the Application in any other country, the laws of that country apply.

Legal Effect. This agreement describes certain legal rights. You may have other rights under the laws of your country. This agreement does not change your rights under the laws of your country if the laws of your country do not permit it to do so.

Disclaimer of Warranty. THE APPLICATION IS LICENSED "AS-IS," "WITH ALL FAULTS," AND "AS AVAILABLE." YOU BEAR THE RISK OF USING IT. THE APPLICATION PROVIDER, ON BEHALF OF ITSELF, MICROSOFT, WIRELESS CARRIERS OVER WHOSE NETWORK THE APPLICATION IS PROVIDED, AND EACH OF OUR RESPECTIVE AFFILIATES, AND SUPPLIERS ("COVERED PARTIES"), GIVES NO EXPRESS WARRANTIES, GUARANTEES, OR CONDITIONS UNDER OR IN RELATION TO THE APPLICATION. YOU MAY HAVE ADDITIONAL CONSUMER RIGHTS UNDER YOUR LOCAL LAWS WHICH THIS AGREEMENT CANNOT CHANGE. TO THE EXTENT PERMITTED UNDER YOUR LOCAL LAWS, COVERED PARTIES EXCLUDE ANY IMPLIED WARRANTIES OR CONDITIONS, INCLUDING THOSE OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT.

Limitation on and Exclusion of Remedies and Damages.

TO THE EXTENT NOT PROHIBITED BY LAW, YOU CAN RECOVER FROM THE APPLICATION PROVIDER ONLY DIRECT DAMAGES UP TO THE AMOUNT YOU PAID FOR THE APPLICATION.

**EXHIBIT A**

YOU AGREE NOT TO SEEK TO RECOVER ANY OTHER DAMAGES, INCLUDING CONSEQUENTIAL, LOST PROFITS, SPECIAL, INDIRECT OR INCIDENTAL DAMAGES FROM ANY COVERED PARTIES.

This limitation applies to

- anything related to the Application, services made available through the Application, or content (including code) on third party Internet sites, and
- claims for breach of contract, breach of warranty, guarantee or condition, strict liability, negligence, or other tort to the extent permitted by applicable law.

It also applies even if

- repair, replacement or a refund for the Application does not fully compensate you for any losses; or
- Covered Party knew or should have known about the possibility of the damages.

If you live in Australia, the above *"Disclaimer of Warranty"* and *"Limitation on and Exclusion of Remedies and Damages"* clauses are subject to the consumer guarantee provisions of the Australian Consumer Law.

Our goods (the Application) come with guarantees that cannot be excluded under the Australian Consumer Law. You are entitled to a replacement or refund for a major failure and compensation for any other reasonably foreseeable loss or damage. You are also entitled to have the goods repaired or replaced if the goods fail to be of acceptable quality and the failure does not amount to a major failure.

Support   Press   For Developers   Jobs   Feedback

United States   Mobile version   Privacy Statement   Xbox.com Terms of Use   Code of Conduct   About Our Ads

© 2011 Microsoft

**EXHIBIT A**

**EXHIBIT B**

36



Free. **XBOX LIVE.**

My Account | Join Now | Sign In

# Xbox LIVE Terms of Use

Updated November 2011
Effective December 2011

**Related Links**
- Xbox.com Terms of Use
- Code of Conduct

Thank you for choosing Microsoft!

**Please note we do not provide warranties for the Service. This contract also limits our liability. These terms are in Sections 15 and 16. We ask that you read them carefully.**

**IF YOU LIVE IN THE UNITED STATES, SECTION 18.1 AND ITS SUBSECTIONS, CONTAIN A BINDING ARBITRATION CLAUSE AND CLASS ACTION WAIVER. THEY AFFECT YOUR RIGHTS CONCERNING THE RESOLUTION OF ANY "DISPUTE" (AS DEFINED IN SECTION 18.1.1 ) BETWEEN YOU AND MICROSOFT. PLEASE READ IT.**

Please read this contract carefully. This contract governs your use of Xbox LIVE, Games for Windows Live, Zune, and Windows Phone Marketplace services or software that display or link to this contract (including marketplace services provided under the brand of a Windows Phone device manufacturer), including services or software that allow you to stream, download, view or use certain digital content, such as music, video, games, mobile applications and other content that Microsoft makes available from time to time (the "Service). The Service may be accessed from the Xbox 360 console, a personal computer, Windows Phone 7.x mobile phone, portable media player, other devices authorized by Microsoft (each an "Authorized Device"), or the World Wide Web. Microsoft may update this contract by posting new terms and conditions. If you do not agree to the changes, you must stop using the Service. Your continued use of the Service is your acceptance of the changed contract, except that Section 18.1.11 permits you to reject changes to Section 18.1 (arbitration agreement) within 30 days of the change. If you use or receive software from us as part of the Service, its use is governed by one of two sets of license terms: If you're presented with a license for the software, the terms of that license apply; if no license is presented to you, the terms of this contract apply. You can view the most current version of this contract by clicking the "Terms of Use" link at the bottom of the web page. Your use of certain parts of the Service may be subject to additional guidelines, posted notices or codes of conduct. These are incorporated by reference into this contract.

**1. What the Contract Covers.**

This is a contract between you and the Microsoft company listed in Section 19 ("Microsoft," "we," "us," or "our") for use of the Service. Sections 1-5 and 8-20 apply across the Service. Sections 6 and 7 only apply if the Service involves payments to or from Microsoft. Sections 21-23 only apply if you use the Services identified in those Sections. Some of these Services may not be fully available in your country or region or on your device.

By creating an account or otherwise accepting this contract, you represent that you are at least 18 years old or have reached the age of "majority" where you live. Your parent or legal guardian must set up an account on your behalf and accept this contract if you are under 18 or have not reached the age of "majority". You can use your Windows Live ID to register for the Service. A Windows Live ID will be automatically created for you if you do not have one. However, an automatically created Windows Live ID will only function with the Service. If you wish to use it for other Microsoft services, you must also agree to the applicable terms of use or terms of service for a general-purpose Windows Live ID.

**2. Additional Terms.**

**EXHIBIT B**
**37**

Certain games, content offerings, features, services or events (for example, sweepstakes and tournaments) that are available via the Service ("Third-Party Features") may contain additional terms, codes of conduct, or guidelines that govern your use of those Third-Party Features ( collectively "Additional Terms"). Any dealings between you and such a third party are solely between you and the third party. Except as otherwise provided herein, the Additional Terms govern your use of the Third-Party Features. We do not endorse and are not responsible or liable for any aspect of any such dealings. Moreover, the Additional Terms do not apply to the Service or to your legal relationship with Microsoft. The terms in this contract limiting our liability also apply to your use of Third-Party Features to the extent that such terms are not covered in the Additional Terms. Nothing in any Additional Terms increases our liability or changes your relationship with us. Certain Third-Party Features may not be available for use by people under a certain age. Please review the privacy controls provided by Third-Party Features and be aware that those controls affect how you share your personal information when using that Third-Party Feature.

### 3. Using the Service.

You must comply with this contract, all applicable laws, and the Microsoft Anti-spam Policy ( http://go.microsoft.com/fwlink/?LinkId=117951) when using the Service. You must also obey any policies, codes of conduct and notices we provide, including the Code of Conduct ( http://www.xbox.com/legal/codeofconduct and its successors) ("Code of Conduct"). You agree that the Service is only for your personal use, and you will not use the Service, any content available on the Service, or your account, for any commercial purpose. You may be unable to use the Service outside the country associated with your account ("Territory").

You must not use the Service to harm others or the Service. For example, you must not:

- use the Service to harm, threaten, or harass another person, organization, or Microsoft,
- damage, disable, overburden, or impair the Service (or any network or Authorized Device connected to the Service);
- resell or redistribute any part of the Service or access to the Service;
- use or attempt to use any unauthorized means to modify, reroute, or gain access to the Service;
- use any automated process or service (such as a bot, a spider, periodic caching of information stored by Microsoft, or metasearching) to access or use the Service, or to copy or scrape data from the Service;
- obtain (or try to obtain) any data from the Service or related hardware, except the data that we intend to make available to you; or
- use the Service or related hardware to design, develop, or update unauthorized software.

### 4. Your Service Account, Associated Accounts and Accounts from Third Parties.

Except as provided in this Section, only you may use your Service account. You must keep your accounts and passwords confidential and not authorize any third party to access or use the Service on your behalf unless we provide an approved mechanism for that. You must contact Customer Support immediately if you suspect misuse of your accounts or any security breach in the Service. For some parts of the Service, you may be able to set up additional accounts that are dependent on your account ("associated accounts"). You are responsible for all activity that takes place with your Service account and any associated accounts. We may limit who may use your Service account or any associated accounts or the number of devices from which you may access the Service.

If you allow or enable a minor to use your Service account or an associated account, then:

- You represent that you are the parent or legal guardian of such minor;
- You acknowledge that some features of the Service, and some content available through the Service, may contain or expose users to material that is unsuitable for minors. You agree to supervise usage by minors whom you permit or enable to use the Service. The Service is not intended for use by children under 13 without adult supervision;
- You acknowledge that we offer "Parental Controls" to help you restrict purchases and limit access to material that may be unsuitable for minors. For example, we offer "Family Settings" on the Xbox 360 console and on the Service. You may view or revise your Parental Controls by logging into your account on http://www.xbox.com. Additional information about Parental Controls is available at http://www.xbox.com/support; and

**EXHIBIT B**
**38**

- You are responsible for any material that a user of your Service account accesses or is denied access to (including as a result of your use or non-use of Parental Controls). You acknowledge that use of Parental Controls is not a substitute for your personal supervision of minors that use your Service account.

If you use an associated account, you acknowledge that the holder of the Service account has full control over your associated account. This control includes the right to: (i) end the Service; (ii) close or alter your associated account at any time; (iii) access and modify Parental Controls for your associated account; and (iv) receive notices from us. In some cases, this control also includes the control of purchasing options from your associated account and the ability to request and receive device and Service usage information related to your associated account. We collect profile, usage and activity data related to your associated account and deliver it to the Service account holder. If you are an associated account user, this contract applies to your use of the Service, except for the following Sections: 4 (excluding this paragraph); 6 (If You Pay Microsoft); and Section 18.6 (Notices to Parties).

**5. Internet Access May Be Required.**

To access the Service by means of a cellular data connection on a portable device (such as a Windows Phone), you will need a data access plan from your wireless carrier. In order to access the Service via WiFi or Internet connection, you will need a compatible device, software, browser and Internet access. You may incur charges related to Internet access and data transfer for such uses. Microsoft may change the requirements for accessing the Service from time to time and you are responsible for adhering to the requirements. If you do not agree with the changes, you must cancel and stop using the Service.

**6. Payment.**

**6.1 Charges.**

If there is a charge associated with a Service, you agree to pay that charge. Prices for the Service exclude all applicable taxes and currency exchange settlements, unless stated otherwise. You may still incur charges incidental to using the Service even if the service itself is free. For example, charges for Internet access, text messaging, or other data transmission. You are solely responsible for the payment of such taxes or other charges related to your use of the Service.

**6.2. Your Billing Account.**

You must provide a payment method at the time you sign up for a Service. You can access and modify your billing account information (including changing your payment method) on the Billing and Account Management website (https://billing.microsoft.com). You agree to keep your billing account information current at all times. We may cancel your Service if we do not receive payment from you. Changes made to your billing account will not affect charges we submit to your billing account before we reasonably could act on your request.

**6.3. Billing.**

By providing Microsoft with a payment method, you: (i) represent that you are authorized to use the payment method that you provided; (ii) authorize Microsoft to charge you for the Service using your payment method; and (iii) authorize Microsoft to charge you for any paid feature of the Service that you choose to sign up for or use while this contract is in force. We may bill you: (a) in advance; (b) at the time of purchase; (c) shortly after purchase; or (d) on a recurring basis for subscription Services. We may charge you up to the amount you've approved. We will notify you in advance of any prices changes for recurring subscription Services. We may bill you for more than one of your prior billing periods at the same time.

**6.4 Automatic Renewal.**

We may automatically renew your Service (provided that automatic renewals are allowed in your country) at the then current price for the Service. We will inform you by e-mail prior to the renewal and remind you that your designated payment method will be billed. We will also provide you with instructions on how to cancel the Service. You must cancel the Service (see Section 6.10 below) prior to the renewal date to avoid being billed for the renewal.

**EXHIBIT B**

**6.5. Online Statement and Errors.**

We will provide you with an online billing statement on the Billing and Account Management website (https://billing.microsoft.com), where you can view and print your statement. If we make an error on your bill, you must tell us within 120 days after the error first appears on your bill. We will then promptly investigate the charge. Subject to applicable laws, if you do not tell us within that time, you release us from all liability and claims of loss resulting from the error and we will not be required to fix the error or provide a refund. If we identify a billing error, we will either fix that error within 60 days or notify you that the correction will take longer.

**6.6. Cooling Off Period.**

We may begin to provide the Service immediately when you request a Service from us. There is no cancellation or "cooling off" period, except if required by law. You may cancel the Service as provided in Section 6.10.

**6.7. Trial Period Offers.**

If you are participating in any trial period offer, you must cancel the Service by the end of the trial period to avoid incurring new charges unless we notify you otherwise. If you do not cancel your Service and we have told you the service will convert to a paid subscription at the end of the trial period, you authorize us to charge you for the Service

**6.8. Price Changes.**

We reserve the right to change our prices at any time. We will notify you at least 30 days in advance if we change the price of the Service. Any price change will be effective at the next renewal or billing period for your Service. If you do not agree to the price change, you must cancel and stop using the Service before the price change takes effect. If you cancel, your Service ends at the end of your current service period or, if we bill your account on a periodic basis, at the end of the period in which you canceled.

**6.9. Refund Policies.**

All sales are final and nonrefundable unless otherwise provided by law or by a particular Service offer.

**6.10. Canceling the Service.**

You may cancel the Service at any time, with or without cause. Go to the Billing and Account Management website (https://billing.microsoft.com) for information and direction on how to cancel your Service. You should also review the offer describing the Service as: (i) you may not receive a refund at the time of cancellation; (ii) you may be required to pay cancellation fees; and (iii) you may be required to pay all charges made to your account for the Service prior to the date of cancellation.

**6.11. Late Payments.**

To the extent permitted by law, you must pay for all reasonable costs we incur to collect any past due amounts, including reasonable attorneys' fees and other legal fees and costs. **We reserve the right to suspend or cancel the Service if we do not receive an on time, full payment from you.**

**6.12. Internet Access Service.**

If the Service doesn't include Internet access, you're responsible for paying the fees charged by your Internet access provider. Those fees are in addition to the fees you pay us for the Service.

The rest of this Section 6.12 applies only if your Service includes Internet access. This Service may not be available in your country or region. If you use a dial-up modem, you may incur toll, roaming, or other access charges, depending on the number you are calling and from where you are calling. You should check with your local telephone company first to determine if the

**EXHIBIT B**
**40**

number you plan to use will incur such charges. You may still incur charges, depending on your local provider, calling location, and phone plan even if we suggest a phone number for you to call. We will not reimburse you for such charges.

**7. Payments to You.**

Your right to any payment due under a Service depends on your promptly providing us with all information we require to properly make the payment. Subject to applicable laws, you must provide us with the information we request before your right to receive the payment accrues. You are responsible for the accuracy of the information you provide and for any taxes and charges you may incur. You must also comply with any other conditions we place on your right to any payment. If you receive a payment in error, we may reverse or seek return of the payment. You will cooperate with us in our efforts to do this. We may also reduce your account balance without notice to adjust for the previous overpayment.

**8. Available Content.**

The Service may consist of specific content, features and functions that vary depending on your Territory and the type of device from which you access the Service. For example, the Service may include access to music, video, games, or mobile applications that are available in certain countries or for certain devices only.

Some content available in the Service may be unavailable from time to time or may only be offered for a limited time due to contractual or other limitations. As such, you may not be able to re-download or re-stream certain content that you have purchased. We have no obligation to provide a re-download or replacement of any content previously purchased. To the extent we receive information from the content owners indicating the date their content will be unavailable, we will endeavor to share this information with you.

Your ability to access the Service and obtain certain content is restricted to your Territory. If you change your account to a different Territory, you may not be able to re-download or re-stream content that was available to you in your previous Territory. You may be required to purchase and pay for content in your new Territory even though you have already paid for that content in the previous Territory.

**9. Your Content.**

We do not claim ownership of the content you provide on the Service. Your content remains your content. We do not control, verify, or endorse the content that you and others make available on the Service.

You control who may access your content. If you share content in public areas of the Service or in shared areas available to others you have chosen, then anyone you have shared content with may use that content. When you give others access to your content on the Service, you grant them free, nonexclusive permission to use, reproduce, distribute, display, transmit, and communicate to the public the content solely in connection with the Service and other products and services made available by Microsoft. If the submission is a photograph or other digital image, you also expressly waive any and all rights of privacy and publicity with respect to the image. If you do not want others to have those rights, do not use the Service to share your content.

You understand that Microsoft may need, and you hereby grant to Microsoft and its affiliates, resellers, distributors, service providers, partners, and/or suppliers the right, to use, modify, adapt, reproduce, distribute, publish and display content posted on the Service. These include your name, gamertag, motto, avatar, or other information you supply in connection with the content. These rights apply solely to the extent necessary to provide the Service.

You must respect the rights of artists, authors, inventors and creators. Content may be protected by copyright. People appearing in content may have a right to control the use of their image. If you share content on the Service in a way that infringes others' copyrights, other intellectual property or proprietary rights, or publicity or privacy rights, you are breaching this contract (and violating other rights and possibly the law). You represent and warrant that you

**EXHIBIT B**

41

have all the rights necessary for you to grant the rights in this Section and that the use of the content does not violate any law. We will not pay you for your content. We may refuse to publish your content for any or no reason. We may remove your content from the Service at any time and for any reason, including if: (i) you breach this contract; (ii) the content exceeds limits on storage or file size; or (iii) we cancel or suspend the Service.

**You are responsible for backing up the data and content that you store on the Service. We may permanently delete your data from our servers if the Service is suspended or canceled. We do not have any obligation to return data to you after the Service is suspended or canceled. If data is stored with an expiration date, we may also delete the data as of that date. Data that is deleted may be irretrievable.**

## 10. Online Forums.

The Xbox LIVE Forums, Games for Windows Live Forums, and the Zune Forums (each an "Online Forum" and collectively the "Online Forums") are sites available at: http://forums.xbox.com, http://forums.xbox.com/gfw/default.aspx and http://answers.microsoft.com/zune, respectively. The Online Forums are where users can get help and support with certain Authorized Devices and related software and services. You can browse the Online Forums without signing in. But you must sign into your Service account to post a message or reply to one. Anything that you post to the Online Forums is public. All posts you make to the Online Forums must comply with the Code of Conduct and the other terms of this contract. Any post that does not comply may be removed by Microsoft and result in, among other things, termination or suspension of your rights to use the Service. Although we have no obligation to screen, edit, monitor or remove any of the content posted by users in the Online Forums or elsewhere on or through the Service, we reserve the right to do so without notice in our sole discretion. You can report abuse or violations of the Code of Conduct in an Online Forum by clicking on the "report" button and completing the web form. We are not responsible or liable for any statements, representations or content provided by users in the Online Forums or elsewhere in connection with the Service. Your use of Online Forums and the Service is at your own risk.

## 11. Privacy.

We collect certain information about you to operate and provide the Service. We may also automatically upload information about your computer, your use of the Service, and Service performance as part of the Service. We use and protect that information as described in the Microsoft Online Privacy Statement (http://go.microsoft.com/fwlink/?LinkId=81184), the Windows Phone 7 Privacy Statement (http://go.microsoft.com/fwlink/?LinkId=57042), and their successors. In particular, we may access or disclose information about you, including the content of your communications, in order to: (a) comply with the law or respond to lawful requests or legal process; (b) protect the rights or property of Microsoft or our customers, including the enforcement of our agreements or policies governing your use of the Service; and (c) act on a good faith belief that such access or disclosure is necessary to protect the personal safety of Microsoft employees, customers, or the public.

We may use technology or other means to protect the Service, protect our customers, or stop you from breaching this contract. These means may include, for example, filtering to stop spam or increase security. These means may interfere with your use of the Service and hinder or interrupt your use of the Service. We reserve the right to enforce and verify compliance with any part of this contract. This includes Microsoft's right to cooperate with any legal process relating to your use of the Service, and a third party claim that your use of the Service is unlawful or infringes such third party's rights.

Personal information collected by Microsoft may be stored and processed in the United States or any other country or region in which Microsoft or its affiliates, subsidiaries, or service providers maintain facilities. You consent to any such transfer of information outside of your country or region. Microsoft abides by the safe harbor framework as set forth by the U.S. Department of Commerce regarding the collection, use, and retention of data from the European Union, European Economic Area and Switzerland.

We may collect certain information about Service performance, your Authorized Device, and

**EXHIBIT B**
**42**

your use of the Service and Authorized Device to provide you the Service and improve the Service and Authorized Devices. We may automatically upload this information from your Authorized Device. Such data may include Xbox console hardware and operating performance data, unique identifiers on game discs, network performance data, and Service quality data. If you use the Xbox console with Kinect, we may also collect data about the way in which you interact with the console and the Service to improve Microsoft products and services. Any software or hardware errors which occur while you are connected to the Service or are offline may be uploaded and reported. All such data may be stored with the Xbox console's unique identifier, and may be associated with other personally identifiable information. You may read about this data collection in more detail in the Microsoft Online Privacy Statement at http://go.microsoft.com/fwlink/?LinkId=81184.

## 12. Intellectual Property.

We may automatically check your version of the software. We may also automatically download upgrades to the software to your Authorized Device to update, enhance, and further develop the Service.

Any software or content (e.g., text, images, video, graphics, music, sound, or games) (for purposes of this Section 12, we refer to all of these, as applicable, as "Software") we provide as part of the Service is licensed and not sold. We reserve all other rights not expressly granted in this contract. The Software license ends when your Service ends unless we notify you otherwise. You must then uninstall the Software, or we may disable it. You must not work around any technical limitations in the Software.

Microsoft Products and Services are subject to United States export laws and regulations. You must comply with all domestic and international export laws and regulations that apply to the products and services. These laws include restrictions on destinations, end users and end use. For additional information, see http://www.microsoft.com/exporting. If you use the Software to access content that has been protected with Microsoft Digital Rights Management (DRM), the Software may automatically request media usage rights from an online rights server and download and install DRM updates in order to let you play the content. See the DRM information in the Microsoft Silverlight Privacy Statement (https://go.microsoft.com/fwlink/?LinkId=173857) for more information.

## 13. Microsoft Points.

Microsoft Points is a Service under which you can acquire Points and redeem those Points for certain online services and digital products. You can see how many Points you have by checking your Points balance at https://billing.microsoft.com. You can obtain selected Services or digital products that we offer in exchange for Points. You can do this by redeeming your Points as described in the messaging for those offers.

You can acquire Points in a variety of ways. For example, you can purchase Points, or certain Services may give you Points for using the Service or specific features of the Service (also known as "Promotion Points"). You can earn Promotion Points only for actions you actually complete. You are responsible for any taxes that may result from your participation in the Points Service.

When you obtain Points, you have obtained a limited license to a digital product. Points have no monetary value. You may not exchange Points for cash or money, regardless of how you acquired those Points. Points are not your personal property. Your only recourse for using Points is to obtain the specific online Services or digital products that we offer for Points redemption. Points are sold in a few denominations only. Unused Points are not refundable. We may further restrict our Points redemption offers based on your country of residence. We encourage you to redeem your Points. Points redemption offers may be limited in time and scope. The scope, variety, and type of online Services and digital products offered can change at any time. We have no obligation to continue making offers available for Points redemption.

Promotion Points may expire at any time, as set forth in the messages related to that promotion. We may cancel, suspend, or otherwise limit your access to your Points if we suspect fraudulent, abusive, or unlawful activity. Once we delete Points from a balance, we will not

**EXHIBIT B**
43

reinstate them, except at our discretion. When we cancel, suspend, or otherwise limit access to your Points, your right to use your Points immediately ceases. We will use reasonable efforts to investigate Points that are subject to access limitations and to reach a final decision on the limitations promptly. In addition, we may limit your use of the Points service. This includes applying limits to: (i) the number of Points you may have credited to your Points balance at one time; (ii) the number of Points you may redeem within a given time period (for example, one day), and (iii) the number of Promotion Points you may obtain in a single event.

If we post Points to your balance for activity that is subsequently voided, canceled or that involves a returned item, we will remove those Points from your balance. You must ensure that we properly post your Points to your Points balance. If you believe that you have validly acquired Points that we have not posted to your Points balance, subject to applicable laws, we will not post these Points unless you contact us within 12 months after the date you claim to have acquired those Points. We may require reasonable documentation to support your claim.

### 14. Service Operation and Equipment.

You may only access the Service with an Authorized Device or by logging into your account via the World Wide Web. You agree that: (i) you are using only authorized software and hardware to access the Service; (ii) your software and hardware have not been modified in any unauthorized way (e.g., through unauthorized repairs, unauthorized upgrades, or unauthorized downloads); and (iii) we have the right to send data, applications or other content to any software or hardware that you are using to access the Service for the express purpose of detecting an unauthorized modification. You must not attempt to disassemble, decompile, create derivative works of, reverse engineer, modify, further sublicense, distribute, or use for, other purposes the Service, any game, application, or other content available or accessible through the Service, or any hardware associated with the Service or with an Authorized Device. If you do so, we may cancel your account and your ability to access the Service, and pursue other legal remedies. We may take any legal action we deems appropriate against users who violate our systems or network security, this contract or any additional terms incorporated or referenced in this contract. Such users may also incur criminal or civil liability.

We reserve complete and sole discretion with respect to the operation of the Service. We may, among other things: (i) restrict or limit access to the Service; (ii) retrieve information from the Authorized Device and any connected peripheral device used to log onto the Service as necessary to operate and protect the security of the Service, and to enforce this contract; and (iii) upgrade, modify, withdraw, suspend, or discontinue any functionality or feature of the Service, any game or other content available or accessible through the Service, or any hardware or software associated with the Service or with an Authorized Device, from time to time without notice. We may do so by the automatic download of related software directly to your Authorized Device, including software that prevents you from accessing the Service, playing pirated games, or using unauthorized hardware peripheral devices.

### 15. WE MAKE NO WARRANTY.

**We provide the Service "as-is," "with all faults," and "as available." We do not guarantee the suitability, reliability, availability, accuracy or timeliness of information available from the Service, or that the Service will be uninterrupted, secure, error-free or that data loss will not occur. You acknowledge that computer and telecommunications systems are not fault-free and occasional periods of downtime will occur. We give no express warranties, guarantees, or conditions. We disclaim all warranties with regard to the Service, including any implied warranties (e.g., those of merchantability, fitness for a particular purpose, workmanlike effort, title and non-infringement). You may have additional consumer rights under your local laws that this contract cannot change.**

15A. Australian Consumer Guarantees

If you live in Australia, there are consumer guarantees which are implied under the Australian Consumer Law which will apply to the goods and services supplied to you as part of the Services. Clause 15 above is modified by the inclusion of those guarantees.

For such of the Service that comprises services (rather than goods) should we breach any of

**EXHIBIT B**
**44**

these consumer guarantees your remedy is limited to receiving the supply of the service again, or the payment of the cost of having the services supplied again.

For such of the Service that comprises goods (which includes computer software) the following applies.

Our goods come with guarantees that cannot be excluded under the Australian Consumer Law. You are entitled to a replacement or refund for a major failure and compensation for any other reasonably foreseeable loss or damage. You are also entitled to have the goods repaired or replaced if the goods fail to be of acceptable quality and the failure does not amount to a major failure.

In the case of software, the repair of goods may not be practicable, and a replacement will be provided if this is the case. For any warranty or consumer guarantee issue, please contact the Xbox Call Centre at (02) 8031-8186 (if you are in Sydney) or 1800 555 741.

16. LIABILITY LIMITATION.

**You can recover from us for all successful claims only direct damages up to a total amount equal to your Service fee for one month. You cannot recover any other damages, including consequential, special, indirect, incidental, or punitive damages and lost profits.**

This limitation applies to anything related to this contract, for example:

- the Service;
- loss of data;
- your content, third party content (including code), third party programs, or third party conduct;
- viruses or other disabling features that affect your access to or use of the Service;
- incompatibility between the Service and other services, software, or hardware;
- delays or failures you may have in initiating, conducting, or completing any transmissions or transactions in connection with the Service in an accurate or timely manner; and
- claims for breach of contract, breach of warranty, guarantee, or condition; misrepresentation; omission; strict liability; negligence; or other tort.

It also applies even if this remedy does not fully compensate you for any losses, fails of its essential purpose or we knew or should have known about the possibility of the damages.

**Nothing in these terms except the agreement to arbitrate and class action waiver in Section 18.1 will affect the statutory rights of any consumer. Nothing in these terms will exclude or restrict liability for death or personal injury arising from our negligence, fraud, gross negligence or willful intent. Some or all of these limitations or exclusions may not apply to you if your state, province, or country does not allow the exclusion or limitation of incidental, consequential or other damages.**

17. Changes to the Service; If We Cancel the Service.

We may change the Service or delete features of the Service at any time for any reason. If you do not agree to these changes, then you must cancel and stop using the Service.

A particular feature may be a pre-release version - a beta, for example - and may not work correctly or in the way a final version might work. We may significantly change the final version or decide not to release a final version.

We may cancel or suspend your use of the Service at any time without notice and for any reason. Upon Service cancellation, your right to use the Service stops right away. Your ability to access and use Third-Party Features also stops right away. Our cancellation of the Service will not change your obligation to pay all charges made to your billing account. If we cancel the Service in its entirety without cause, then we will refund to you on a pro-rata basis the amount of your payment for the portion of your Service remaining at the time of cancellation. Sections 6 (for amounts incurred before termination), Section 11, Sections 15-18 and those Sections of this contract that by their terms apply after termination of this contract will survive any termination of this contract. If you have confidentiality obligations related to the Service, those obligations remain in force (for example, you may have been a beta tester).

**EXHIBIT B**
**45**

18. General Legal Terms, Including Binding Arbitration.

18.1. BINDING ARBITRATION CLAUSE AND CLASS ACTION WAIVER FOR U.S. RESIDENTS. PLEASE READ THIS SECTION CAREFULLY. IT AFFECTS YOUR LEGAL RIGHTS CONCERNING ANY DISPUTES BETWEEN YOU AND MICROSOFT IF YOU LIVE IN THE UNITED STATES FOR PURPOSES OF SECTION 18.1 AND ITS SUBSECTIONS, "MICROSOFT" MEANS MICROSOFT CORPORATION AND ITS SUBSIDIARIES, AFFILIATES, OFFICERS, DIRECTORS, EMPLOYEES, AND AGENTS.

18.1.1. DISPUTE. As used in this contract, "Dispute" means any dispute, claim, demand, action, proceeding, or other controversy between you and Microsoft concerning the Service and your or Microsoft's obligations and performance under this contract or with respect to the Service, whether based in contract, warranty, tort (including, without limitation, fraud, misrepresentation, fraudulent inducement, concealment, omission, negligence, conversion, trespass, strict liability, and product liability), statute (including, without limitation, consumer protection and unfair competition statutes), regulation, ordinance, or any other legal or equitable basis or theory. "Dispute" will be given the broadest possible meaning allowable under law.

18.1.2. INFORMAL NEGOTIATION OF DISPUTES. You and Microsoft agree to attempt in good faith to resolve any Dispute before commencing arbitration. Unless you and Microsoft otherwise agree in writing, the time for informal negotiation will be 60 days from the date on which you or Microsoft mails a notice of the Dispute ("Notice of Dispute") as specified in Section 18.1.3. You and Microsoft agree that neither will commence arbitration before the end of the time for informal negotiation.

18.1.3. NOTICE OF DISPUTE. If you give a Notice of Dispute to Microsoft, you must send by U.S. Mail to **Microsoft Corporation, ATTN: LCA ARBITRATION, One Microsoft Way, Redmond, WA 98052-6399**, a written statement setting forth (a) your name, address, and contact information, (b) your Windows Live ID or gamertag, if you have one, (c) the facts giving rise to the Dispute, and (d) the relief you seek. **A form is available at** www.xbox.com/notice. If Microsoft gives a Notice of Dispute to you, we will send by U.S. Mail to your billing address if we have it, or otherwise to your e-mail address, a written statement setting forth (a) Microsoft's contact information for purposes of efforts to resolve the Dispute, (b) the facts giving rise to the Dispute, and (c) the relief Microsoft seeks.

18.1.4. BINDING ARBITRATION. IF YOU LIVE IN THE UNITED STATES, YOU AND MICROSOFT AGREE THAT IF YOU AND MICROSOFT DO NOT RESOLVE ANY DISPUTE BY INFORMAL NEGOTIATION UNDER SECTION 18.1.2 ABOVE, ANY EFFORT TO RESOLVE THE DISPUTE WILL BE CONDUCTED EXCLUSIVELY BY BINDING ARBITRATION IN ACCORDANCE WITH THE ARBITRATION PROCEDURES IN SECTION 18.1.7 BELOW. YOU UNDERSTAND AND ACKNOWLEDGE THAT BY AGREEING TO BINDING ARBITRATION, YOU ARE GIVING UP THE RIGHT TO LITIGATE (OR PARTICIPATE IN AS A PARTY OR CLASS MEMBER) ALL DISPUTES IN COURT BEFORE A JUDGE OR JURY. INSTEAD, YOU UNDERSTAND AND AGREE THAT ALL DISPUTES WILL BE RESOLVED BEFORE A NEUTRAL ARBITRATOR, WHOSE AWARD (DECISION) WILL BE BINDING AND FINAL, EXCEPT FOR A LIMITED RIGHT OF APPEAL UNDER THE FEDERAL ARBITRATION ACT. ANY COURT WITH JURISDICTION OVER THE PARTIES MAY ENFORCE THE ARBITRATOR'S AWARD.

THE ONLY DISPUTES NOT COVERED BY THE AGREEMENT IN SECTION 18.1 TO NEGOTIATE INFORMALLY AND ARBITRATE ARE DISPUTES ENFORCING, PROTECTING, OR CONCERNING THE VALIDITY OF ANY OF YOUR OR MICROSOFT'S (OR ANY OF YOUR OR MICROSOFT'S LICENSORS') INTELLECTUAL PROPERTY RIGHTS.

18.1.5. AVAILABILITY OF SMALL CLAIMS COURT. Notwithstanding Section 18.1.4 , you have the right to litigate any Dispute in small claims court, if all requirements of the small claims court, including any limitations on jurisdiction and the amount at issue in the Dispute, are satisfied. Notwithstanding Section 19, you agree to bring a Dispute in small claims court only in your county of residence or King County, Washington .

18.1.6. CLASS ACTION WAIVER. YOU AND MICROSOFT AGREE THAT ANY PROCEEDINGS TO RESOLVE OR LITIGATE ANY DISPUTE, WHETHER IN ARBITRATION, IN COURT, OR

OTHERWISE, WILL BE CONDUCTED SOLELY ON AN INDIVIDUAL BASIS, AND THAT NEITHER YOU NOR MICROSOFT WILL SEEK TO HAVE ANY DISPUTE HEARD AS A CLASS ACTION, A REPRESENTATIVE ACTION, A COLLECTIVE ACTION, A PRIVATE ATTORNEY-GENERAL ACTION, OR IN ANY PROCEEDING IN WHICH YOU OR MICROSOFT ACTS OR PROPOSES TO ACT IN A REPRESENTATIVE CAPACITY. YOU AND MICROSOFT FURTHER AGREE THAT NO ARBITRATION OR PROCEEDING WILL BE JOINED, CONSOLIDATED, OR COMBINED WITH ANOTHER ARBITRATION OR PROCEEDING WITHOUT THE PRIOR WRITTEN CONSENT OF YOU, MICROSOFT, AND ALL PARTIES TO ANY SUCH ARBITRATION OR PROECCEDING.

18.1.7. ARBITRATION PROCEDURE. The arbitration of any Dispute will be conducted by, and according to the rules and procedures of, the American Arbitration Association (the "AAA"). Information about the AAA, and how to commence arbitration before it, is available at www.adr.org or by calling 1-800-778-7879. A form is available at www.adr.org/arbitration. The Commercial Arbitration Rules of the AAA will govern the arbitration. If you are an individual consumer and use the Service for personal or household use, or if the value of the Dispute is $75,000 or less, the Supplementary Procedures for Consumer-Related Disputes of the AAA will also apply. If the AAA rules or procedures conflict with the provisions of this contract, the provisions of this contract will govern. You may request a telephonic or in-person hearing by following the AAA rules and procedures. Where the value of a Dispute is $10,000 or less, any hearing will be telephonic unless the arbitrator finds good cause to hold an in-person hearing instead. The arbitrator has the power to make any award of damages to the individual party asserting a claim that would be available to a court of law. The arbitrator may award declaratory or injunctive relief only in favor of the individual party asserting a claim, and only to the extent required to provide relief on that party's individual claim.

18.1.8. ARBITRATION LOCATION. You agree to commence arbitration only in your county of residence or in King County, Washington. Microsoft agrees to commence arbitration only in your county of residence.

18.1.9. COSTS AND ATTORNEY'S FEES. In a dispute involving $75,000 or less, Microsoft will promptly reimburse your filing fees, and pay the AAA administrative fees and the arbitrator's fees and expenses, incurred in any arbitration you commence against Microsoft unless the arbitrator finds it frivolous or brought for an improper purpose. Microsoft will pay all filing and AAA administrative fees, and the arbitrator's fees and expenses, incurred in any arbitration Microsoft commences against you. If a Dispute involving $75,000 or less proceeds to an award at the arbitration after you reject the last written settlement offer Microsoft made before the arbitrator was appointed ("Microsoft's Last Written Offer"), and the arbitrator makes an award in your favor greater than Microsoft's Last Written Offer, Microsoft will pay you the greater of the award or $1,000, plus twice your reasonable attorney's fees, if any, and reimburse any expenses (including expert witness fees and costs) that your attorney reasonably accrues for investigating, preparing, and pursuing your claim in arbitration, as determined by the arbitrator or agreed to by you and Microsoft. In any arbitration you commence, Microsoft will seek its AAA administrative fees or arbitrator's fees and expenses, or your filing fees if reimbursed, only if the arbitrator finds the arbitration frivolous or brought for an improper purpose. Microsoft will not seek its attorney's fees or expenses from you. In a Dispute involving more than $75,000, the AAA rules will govern payment of filing and AAA administrative fees and arbitrator's fees and expenses. Fees and expenses are not counted in determining how much a Dispute involves.

18.1.10. IF CLASS ACTION WAIVER ILLEGAL OR UNENFORCEABLE. If the class action waiver (which includes a waiver of private attorney-general actions) in Section 18.1.6 is found to be illegal or unenforceable as to all or some parts of a Dispute, whether by judicial, legislative, or other action, then Section 18.1 and its subsections will not apply to those parts. Instead, those parts of the Dispute will be severed and proceed in a court of law, with the remaining parts proceeding in arbitration. The definition of "Dispute" in Section 18.1.1 will still apply to this contract. You and Microsoft irrevocably consent to the exclusive jurisdiction and venue of the state or federal courts in King County, Washington, USA, for all proceedings in court under this Section 18.1.10.

18.1.11. YOUR RIGHT TO REJECT CHANGES TO ARBITRATION AGREEMENT. Notwithstanding anything to the contrary in this contract, Microsoft agrees that if it makes any

**EXHIBIT B**

change to Section 18.1 (other than a change to the notice address in Section 18.1.3) while you are authorized to use the Service, you may reject the change by sending us written notice within 30 days of the change by U.S. Mail to the address in Section 18.1.3. By rejecting the change, you agree that you will informally negotiate and arbitrate any Dispute between us in accordance with the most recent version of Section 18.1 before the change you rejected.

**18.1.12. SEVERABILITY.** If any provision of Section 18.1 and its subsections, other than Section 18.1.6 (class action waiver), is found to be illegal or unenforceable, that provision will be severed from Section 18.1, but the remainder of Section 18.1 will remain in full force and effect. Section 18.1.10 says what happens if Section 18.1.6 (class action waiver) is found to be illegal or unenforceable.

**18.1.13. SURVIVAL OF PROVISIONS.** The provisions of Section 18.1 will survive termination of the contract or the provision of the Service to you.

**18.2. Interpreting the Contract.** All parts of this contract apply to the maximum extent permitted by law. A court may hold that we cannot enforce a part of this contract as written. If this happens, we will replace that part with terms that most closely match the intent of the part that we cannot enforce. The rest of this contract won't change. Sections 18.1.10 and 18.1.12 say what happens if parts of Section 18.1 (arbitration and class action waiver) are found to be illegal or unenforceable. Sections 18.1.10 and 18.1.12 prevail over this Section 18.2 if inconsistent with this Section 18.2. This is the entire contract between you and us regarding your use of the Service. It supersedes any prior contract or oral or written statements regarding your use of the Service. The Section titles in this contract do not limit the other terms of this contract. If you are accessing the Service within Germany, the agreement located at http://www.xxx.com/de-DE/legal/veEOU applies instead of this contract.

**18.3. Assignment and Transfer.** Microsoft may assign, transfer, sell, rent or lend or otherwise dispose our rights and obligations under this contract, in whole or part, at any time without notice to you. You may not assign this contract or any part of it, or any rights to use the Service or any part of the Service, either temporarily or permanently, to any other party. Any attempt to do so is void.

**18.4. No Third Party Beneficiaries; Microsoft Affiliates.** This contract is solely for your and our benefit, except for certain Sections of this contract which are for the benefit of Microsoft's affiliates and owners of content available through the Service. As a result, Microsoft's affiliates and owners of content available through the Service are entitled to enforce this contract. Except as stated above, this contract does not create any enforceable rights by anyone other than you and Microsoft and permitted successors.

**18.5. No Waiver.** We enforce this contract, the Code of Conduct and other user content and conduct rules set forth in this contract, and exercise our rights and remedies at our sole discretion. If we fail to enforce such rules, rights, or remedies in some instances it is not a waiver of our right to do so in other instances. These rules do not create any private right of action for you or any third party or any reasonable expectation that the Service will not contain any content that is prohibited by such rules.

**18.6. Claims and Disputes Must Be Filed Within One Year in Arbitration or Court.** To the extent permitted by law, any claim or Dispute (see Section 18.1.1 for definition of Dispute) arising out of or relating to this contract or the Service must be filed within one year (i) in an arbitration proceeding under Section 18.1, (ii) in small claims court, or (iii) in court if Section 18.1 permits the Dispute to be filed in court instead of arbitration. The one-year period begins on the date when the claim or Dispute first could be filed. Any claim or Dispute that is not filed in an arbitration proceeding or court within that time is permanently barred. This Section applies to you and your successors and assigns. It also applies to us and our successors and assigns.

**18.7. Notices to Parties.** You may notify us as stated in customer support for the Service. We do not accept e-mail notices. This contract is in electronic form. We may send you information about the Service, additional information, and information the law requires us to provide in electronic form. We may provide required information to you: (i) by e-mail at the address you specified when you signed up for the Service; (ii) by access to a Microsoft web site we identify;

**EXHIBIT B**
**48**

or (iii) by access to a pre-designated Microsoft web site. Notices e-mailed to you will be deemed given and received when the e-mail is sent. As long as you can access and use the Service, you will be able to receive such notices. If you do not consent to receive any notices electronically, you must stop using the Service.

**18.8. Other Notices.**

**Copyright and Trademark Notices.** All contents of the Service except user-generated and third party content are Copyright © 2011 Microsoft and/or its suppliers, One Microsoft Way, Redmond, Washington 98052-6399 U.S.A. All rights reserved. We or our suppliers own the title, copyright and other intellectual property rights in the Service, software, and content. Microsoft, Windows, Windows Live, Windows logo, MSN, MSN logo (butterfly), Bing, Xbox, Xbox 360, Xbox LIVE, Kinect, the Xbox logos and other Microsoft products and services may also be either trademarks or registered trademarks of Microsoft in the United States and other countries. The names of actual companies and products mentioned in this contract may be the trademarks of their respective owners. Any rights not expressly granted in this contract are reserved. Certain software used in certain Microsoft web site servers is based in part on the work of the Independent JPEG Group. Copyright © 1991-1996 Thomas G. Lane. All rights reserved. "gnuplot" software which may be used in certain Microsoft web site servers is copyright © 1986-1993 Thomas Williams, Colin Kelley. All rights reserved.

**Notices and Procedure for Making Claims of Copyright Infringement.** Notifications of claimed copyright infringement should be sent to Microsoft's Designated Agent pursuant to Title 17, United States Code, Section 512(c)(2). **WE WILL NOT RESPOND TO INQUIRIES THAT ARE NOT RELEVANT TO THE FOLLOWING PROCEDURE. For details and contact information see Notice and Procedure for Making Claims of Copyright Infringement at** http://www.microsoft.com/info/cpyrtInfrg.htm .

**Financial Notice.** Microsoft is not a broker/dealer or registered investment advisor under U.S. federal securities law or securities laws of other jurisdictions. Microsoft does not advise individuals as to the advisability of investing in, purchasing, or selling securities or other financial products or services. Nothing contained in the Service constitutes an offer or solicitation to buy or sell any security. Neither Microsoft nor its licensors of stock quotes or index data endorse or recommend any particular financial products or services. Nothing contained in the Service is intended to constitute professional advice, including but not limited to, investment or tax advice.

**Notice about the H.264/AVC Visual Standard and the VC-1 Video Standard.** Software provided with the Service may include H.264/MPEG-4 AVC and/or VC-1 decoding technology. MPEG LA, L.L.C. requires this notice:

THIS PRODUCT IS LICENSED UNDER THE AVC AND THE VC-1 PATENT PORTFOLIO LICENSES FOR THE PERSONAL AND NON-COMMERCIAL USE OF A CONSUMER TO (A) ENCODE VIDEO IN COMPLIANCE WITH THE ABOVE STANDARDS ("VIDEO STANDARDS") AND/OR (B) DECODE AVC AND VC-1 VIDEO THAT WAS ENCODED BY A CONSUMER ENGAGED IN A PERSONAL AND NON-COMMERCIAL ACTIVITY AND/OR WAS OBTAINED FROM A VIDEO PROVIDER LICENSED TO PROVIDE SUCH VIDEO. NONE OF THE LICENSES EXTEND TO ANY OTHER PRODUCT REGARDLESS OF WHETHER SUCH PRODUCT IS INCLUDED WITH THIS SOFTWARE IN A SINGLE ARTICLE. NO LICENSE IS GRANTED OR SHALL BE IMPLIED FOR ANY OTHER USE. ADDITIONAL INFORMATION MAY BE OBTAINED FROM MPEG LA, L.L.C. SEE http://www.mpegla.com

For clarification purposes only, this notice does not limit or inhibit the use of the software provided under this contract for normal business uses that are personal to that business which do not include: (i) redistribution of the software to third parties; or (ii) creation of content with the VIDEO STANDARDS compliant technologies for distribution to third parties.

**19. Choice of Law and Location for Resolving Disputes.**

If you live in **the United States,** you are contracting with Microsoft Corp., One Microsoft Way, Redmond, WA 98052, USA. The laws of the state where you live govern the interpretation of this contract, claims for breach of it, and all other claims (including consumer protection, unfair competition, and tort claims), regardless of conflict of law principles. You and we irrevocably

**EXHIBIT B**

49

consent to the exclusive jurisdiction and venue of the state or federal courts in King County, Washington, for all Disputes arising out of or relating to this contract or the Service that are heard in court (not arbitration and not small claims court).

If you live in **Canada**, you are contracting with Microsoft Corp., One Microsoft Way, Redmond, WA 98052, USA. The laws of the province where you live govern the interpretation of this contract, claims for breach of it, and all other claims (including consumer protection, unfair competition, and tort claims), regardless of choice of law principles. You and we irrevocably consent to the exclusive jurisdiction and venue of the courts in Ontario for all Disputes arising out of or relating to this contract or the Service.

If you live in **North or South America Outside the United States and Canada**, you are contracting with Microsoft Corp., One Microsoft Way, Redmond, WA 98052, USA. Washington State law governs the interpretation of this contract and applies to claims for breach of it, regardless of choice of law principles. All other claims, including claims regarding consumer protection laws, unfair competition laws, and in tort, will be subject to the laws of the country to which we direct your service.

If you live in **Europe**, you are contracting with Microsoft Luxembourg S.à.r.l., 20 Rue Eugene Ruppert, Immeuble Laccolith, 1st Floor, L-2543 Luxembourg. All claims, including claims regarding consumer protection laws, unfair competition laws, and in tort, will be subject to the laws of Luxembourg or of the country in which you reside. With respect to jurisdiction, you may choose the responsible court in Luxembourg or in the country in which you reside for all Disputes arising out of or relating to this contract or the Service.

If you live in the **Middle East or Africa**, you are contracting with Microsoft Luxembourg S.à.r.l., 20 Rue Eugene Ruppert, Immeuble Laccolith, 1st Floor, L-2543 Luxembourg. The laws of Luxembourg govern the interpretation of this contract and apply to claims for breach of it, regardless of conflict of laws principles. All other claims, including claims regarding consumer protection laws, unfair competition laws, and in tort, will be subject to the laws of the country to which we direct your Service. You and we irrevocably agree to the exclusive jurisdiction and venue of the Luxembourg courts for all Disputes arising out of or relating to this contract or the Service.

If you live in **Asia or the South Pacific (other than the countries called out below)**, you are contracting with Microsoft Regional Sales Corp. ("MRS"). MRS is a corporation organized under the laws of the State of Nevada, USA. MRS has a branch in Singapore located at 438B Alexandra Road, #04-09/12, Block B, Alexandra Technopark, Singapore, 119968. The laws of Washington govern this contract. Any Dispute arising out of or related to this contract or the Service will be referred to and finally resolved by arbitration in Singapore according to the Arbitration Rules of the Singapore International Arbitration Center (SIAC. These rules are incorporated by reference into this clause. The tribunal will consist of one arbitrator appointed by the Chairman of SIAC. The language of arbitration will be English. The decision of the arbitrator will be final, binding, and incontestable. The decision may be used as a basis for judgment in any country or region.

If you live in **China**, you are contracting with Microsoft Corp., One Microsoft Way, Redmond, WA 98052, USA. Washington State law governs this contract, regardless of conflict of laws principles. The jurisdiction of the state or federal courts in King County, Washington, USA, is nonexclusive.

If you live in **Japan**, you are contracting with Microsoft Japan Co., Ltd (MSKK), Shinagawa Grand Central Tower, 2-16-3 Konan Minato-ku, Tokyo 108-0075. The laws of Japan govern this contract and any matters arising out of or relating to it. You and we irrevocably agree to the exclusive original jurisdiction and venue of the Tokyo District Court for all Disputes arising out of or relating to this contract or the Service.

If you live in **Korea**, you are contracting with Microsoft Korea, Inc., 6th Floor, POSCO Center, 892 Daechi-Dong, Kangnam-Gu, Seoul, 135-777, Korea. The laws of the Republic of Korea govern this contract. You and we irrevocably agree to exclusive original jurisdiction and venue of the Seoul District Court for all Disputes arising out of or relating to this contract or the Service.

**EXHIBIT B**
50

If you live in **Taiwan**, you are contracting with Microsoft Taiwan Corp., 8F, No 7 Sungren Road, Shinyi Chiu, Taipei, Taiwan 110. The laws of Taiwan govern this contract. You and we irrevocably designate the Taipei District Court as the court of first instance having jurisdiction over all Disputes arising out of or in connection with this contract or the Service.

**20. Support.**

We do not offer customer support for the Service unless provided otherwise in this contract or the materials we publish in connection with a particular component of the Service. For more information on customer support, please go to http://www.xbox.com/support.

**21. Xbox LIVE and Games for Windows LIVE.**

The following additional terms apply to Xbox LIVE and Games for Windows Live:

**21.1. Additional Privacy Terms for Xbox LIVE and Games for Windows Live.** We require certain permissions in order for you to evaluate and for us to enable the features and functions of the Xbox LIVE/Games for Windows Live Service. These features and functions include leaderboards, live-hosted gameplay, achievements, tournaments, and gamer profile sharing. If you evaluate or we enable these features and functions, you grant Microsoft and its affiliates, resellers, distributors, service providers, partners, and/or suppliers (each, a "Microsoft party") the following permissions: Microsoft parties may use, track, store, copy, distribute, broadcast, transmit, publicly display and perform, and reproduce: (i) your game scores; (ii) your game play sessions; (iii) your presence on the Xbox LIVE/Games for Windows Live Service; (iv) the time that you spend on or within particular portions of the Xbox LIVE/Games for Windows Live Service; (v) portions of the Xbox LIVE/Games for Windows Live Service that are displayed on your monitor or screen and the duration of that display; (vi) rankings, statistics, gamer profiles, avatars, and content that you may submit; and (vii) other usage information. These permissions apply with or without attribution to you, your gamertag or avatar. We may use these permissions without notice or compensation to you of any kind. To avoid any confusion, we have the right to make information pertaining to your use of, and gameplay on, Xbox LIVE available through Games for Windows Live, and vice versa.

You should not expect any level of privacy concerning your use of the live communication features (for example, voice chat, video and communications in live-hosted gameplay sessions) offered through the Xbox LIVE/Games for Windows Live Service. We may monitor these communications to the extent permitted by law. However, we cannot monitor the entire Service and make no attempt to do so. You understand that others can record and use these communications. Communications in live-hosted gameplay sessions may also be broadcast to others. Some games may use game managers and hosts. Game managers and hosts are not authorized Microsoft spokespersons. Their views do not necessarily reflect those of Microsoft.

When you use Voice Search, all voice commands are sent to Microsoft and stored to provide the Voice Search Service and improve Microsoft products. If you use Voice Search, you consent to Microsoft recording and collecting your voice input to provide the Voice Search Service and improve Microsoft products. We will treat any voice input according to the Microsoft Online Privacy Statement (http://go.microsoft.com/fwlink/?LinkId=81184).

**22. Zune.**

The following additional terms apply to Zune:

**22.1 Zune Pass Subscription.** You can choose to sign up for a Zune Pass subscription if available in your Territory. The Zune Pass allows you to stream or download as many songs as you want from the Zune Service on a subscription basis for a flat monthly fee. If you do not pay your subscription fee or your Zune Pass subscription terminates for any other reason, you will no longer have access to any content you downloaded under your Zune Pass subscription.

**22.2 Non-Commercial Use.** Music and video content may only be used for personal, non-commercial use and may not be used as a musical "ringer" or ringtone for a mobile phone without the prior written consent of the copyright owner.

**EXHIBIT B**
51

**22.3 Content Usage Rules for Music and Music Video.** All music and music video content you purchase, rent or acquire on a subscription basis from the Zune Service in your Territory is subject to this contract and any other applicable terms and conditions. These include: (i) limitations imposed by copyright owners; (ii) use of digital rights management (DRM) technology; and (iii) the usage rules, located at http://www.xbox.com/usagerules.

**22.4. Storage.** Any burning or exporting capabilities (if applicable) are solely an accommodation to you. They do not constitute a grant or waiver (or other limitation or implication) of any rights of the copyright owners of any audio or video content, sound recording, underlying musical composition or artwork embodied in any purchased content.

**22.5. Video Content (Film or Television).** We may offer video content in your Territory ("Video Content") for download, streaming or both, on: (i) a limited time-based video-on-demand basis ("VOD Content"); or (ii) a retained license basis ("Retained Rights Content"). You may only stream Video Content to the extent this feature is authorized under the Service. Resolution of Video Content purchased in high definition may vary depending on the content you chose, the device or hardware that you use, and the bandwidth of your Internet connection.

**22.5.1. VOD Content.** Notwithstanding anything to the contrary in this contract, we grant you a personal, non-exclusive, non-transferable, limited right and license to view and privately display the VOD Content in your Territory for personal, non-commercial purposes only via an Authorized Device. This limited right and license is subject to the terms of this contract and the usage rules, located at http://www.xbox.com/usagerules and is effective on payment of the required fees.

**22.5.2. Retained Rights Content.** Notwithstanding anything to the contrary in this contract, we grant you a personal, non-exclusive, non-transferable, limited right and license to view and privately display any Retained Rights Content you obtain via the Service in your Territory. This limited right and license is: (i) subject to the terms of this contract; (ii) for personal, non-commercial purposes only, for and during your authorized use of the Zune Service; and (iii) effective on payment of the required fees. Once you obtain a license to an item of Retained Rights Content, you may download or stream a copy of it to one or more Authorized Devices, as set forth in the usage rules, located at http://www.xbox.com/usagerules.

**23. Windows Phone 7.x.**

The Service available in your Territory may enable you to browse, search, download and purchase applications for your Windows® Phone running a version 7.x of the Windows Phone operating system ("Windows Phone Applications").

We will identify the provider of each Windows Phone Application. It may be Microsoft ("Microsoft applications") or a third party ("Third Party applications"). Your use of Windows Phone Applications is governed by the Standard Application License Terms at the end of these Terms of Use. If a Third Party application provides you with separate terms those apply instead.

We are not a party to the license between you and a Third Party application provider. Except in the country(s) listed in Section 22.3 below, we act as an agent of the application provider in providing any Third Party application to you. Regardless of whether Microsoft acts as an agent or reseller, we do not license any Microsoft intellectual property to you as part of any Third Party application made available through the Service, and we are not responsible, unless otherwise required by law, for:

- the Third Party application;
- your use of the Third Party application;
- the content of the Third Party application;
- customer support for the Third Party application; or
- any warranties or claims relating to the Third Party application

**23.1. Removing or Disabling Windows Phone Applications .** We may disable the Windows Phone applications contained in your service account for any reason. We may also remove any Windows Phone application or disable copies of any Windows Phone application on your Marketplace enabled device in order to protect the Service, application providers, wireless carriers over whose network you access the Service or any other affected or potentially affected

**EXHIBIT B**

**52**

parties.

**23.2. Privacy Policy for Windows Phone Applications** . The privacy policies that apply to Third Party applications will be provided to you with such Third Party applications, and Microsoft's Terms of Use and privacy policies will not apply to your use of a Third Party application.

**Standard Windows Phone Application License Terms**

STANDARD APPLICATION LICENSE TERMS (UPDATED JUNE 2011)

WINDOWS PHONE APPLICATIONS

These license terms are an agreement between Application Provider and you. Please read them. They apply to the software application you download from the Windows Phone Marketplace ("Application"), unless the Application comes with separate terms ("Third Party License"). In that case, the terms of the Third Party License will apply. This agreement also applies to any updates and supplements for the Application, unless other terms accompany those items. If so, those terms apply.

BY DOWNLOADING OR USING THE APPLICATION, YOU ACCEPT THESE TERMS. IF YOU DO NOT ACCEPT THEM, DO NOT DOWNLOAD OR USE THE APPLICATION

Except for the foregoing, if the Application enables access to any Internet-based services, your use of those services will be subject to the separately-provided terms of use.

In this agreement "Application Provider" means the entity licensing the Application to you, as identified in the Windows Phone Marketplace. If the Application is provided by Microsoft, then the Application Provider is Microsoft (or based on where you live, one of its affiliates).

If you comply with these license terms, you have the rights below.

INSTALLATION AND USE RIGHTS.

Installation and Use. You may install and use one copy of the Application on up to five (5) mobile devices you personally own or control and which are affiliated with the Windows Live ID associated with your Windows Phone Marketplace account. You may not install or use a copy of the Application on a device you do not own or control.

INTERNET-BASED SERVICES. Application Provider may provide Internet-based services with the Application. In addition to the following, your use of such services is subject to the terms provided to you by the Application Provider and/or your wireless carrier.

Consent for Internet-Based or Wireless Services. The Application may connect to computer systems over an Internet-based wireless network. In some cases, you will not receive a separate notice when they connect. Using the application operates as your consent to the transmission of standard device information (including but not limited to technical information about your device, system and application software, and peripherals) for Internet-based or wireless services.

Misuse of Internet-based Services. You may not use any Internet-based service in any way that could harm it or impair anyone else's use of it or the wireless network. You may not use the service to try to gain unauthorized access to any service, data, account or network by any means.

Scope of License. The Application is licensed, not sold. This agreement only gives you some rights to use the Application. Application Provider reserves all other rights. Unless applicable law gives you more rights despite this limitation, you may use the Application only as expressly permitted in this agreement. In doing so, you must comply with any technical limitations in the Application that only allow you to use it in certain ways. You may not:

- work around any technical limitations in the Application;
- reverse engineer, decompile or disassemble the Application, except and only to the extent that applicable law expressly permits, despite this limitation;

**EXHIBIT B**

53

- make more copies of the Application than specified in this agreement or allowed by applicable law, despite this limitation;
- publish or otherwise make the Application available for others to copy;
- rent, lease or lend the Application; or
- transfer the Application or this agreement to any third party.

Documentation. If documentation is provided with the Application, you may copy and use the documentation for your internal, reference purposes.

Export Restrictions. The Application is subject to United States export laws and regulations. You must comply with all domestic and international export laws and regulations that apply to the Application. These laws include restrictions on destinations, end users and end use. For additional information, see www.microsoft.com/exporting.

Support Services. The Application is provided "as is." Contact the Application Provider to determine if any support services are available. Microsoft (unless Microsoft is the Application Provider), your phone manufacturer, and your wireless carrier are not responsible for providing support services for the Application.

Entire Agreement. This agreement, and the terms for supplements and updates are the entire agreement for the Application.

Applicable Law.

United States. If you acquired the Application in the United States, he laws of the state where you live govern the interpretation of this agreement, claims for breach of it, and all other claims (including consumer protection unfair competition, and tort claims), regardless of conflict of law principles

Outside the United States. If you acquired the Application in any other country, the laws of that country apply.

Legal Effect. This agreement describes certain legal rights. You may have other rights under the laws of your country. This agreement does not change your rights under the laws of your country if the laws of your country do not permit it to do so.

Disclaimer of Warranty. THE APPLICATION IS LICENSED "AS-IS," "WITH ALL FAULTS," AND "AS AVAILABLE." YOU BEAR THE RISK OF USING IT. THE APPLICATION PROVIDER, ON BEHALF OF ITSELF, MICROSOFT, WIRELESS CARRIERS OVER WHOSE NETWORK THE APPLICATION IS PROVIDED, AND EACH OF OUR RESPECTIVE AFFILIATES, AND SUPPLIERS ("COVERED PARTIES"), GIVES NO EXPRESS WARRANTIES, GUARANTEES, OR CONDITIONS UNDER OR IN RELATION TO THE APPLICATION. YOU MAY HAVE ADDITIONAL CONSUMER RIGHTS UNDER YOUR LOCAL LAWS WHICH THIS AGREEMENT CANNOT CHANGE. TO THE EXTENT PERMITTED UNDER YOUR LOCAL LAWS, COVERED PARTIES EXCLUDE ANY IMPLIED WARRANTIES OR CONDITIONS, INCLUDING THOSE OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT.

Limitation on and Exclusion of Remedies and Damages.

TO THE EXTENT NOT PROHIBITED BY LAW, YOU CAN RECOVER FROM THE APPLICATION PROVIDER ONLY DIRECT DAMAGES UP TO THE AMOUNT YOU PAID FOR THE APPLICATION. YOU AGREE NOT TO SEEK TO RECOVER ANY OTHER DAMAGES, INCLUDING CONSEQUENTIAL, LOST PROFITS, SPECIAL, INDIRECT, INCIDENTAL, OR PUNITIVE DAMAGES FROM ANY COVERED PARTIES

This limitation applies to

- anything related to the Application, services made available through the Application, or content (including code) on third party Internet sites; and
- claims for breach of contract, breach of warranty, guarantee or condition, strict liability, negligence, or other tort to the extent permitted by applicable law.
- It also applies even if
- repair, replacement or a refund for the Application does not fully compensate you for any losses; or

**EXHIBIT B**
54

- Covered Party knew or should have known about the possibility of the damages.

If you live in Australia, the above "*Disclaimer of Warranty*" and "*Limitation on and Exclusion of Remedies and Damages*" clauses are subject to the consumer guarantee provisions of the Australian Consumer Law.

Our goods (the Application) come with guarantees that cannot be excluded under the Australian Consumer Law. You are entitled to a replacement or refund for a major failure and compensation for any other reasonably foreseeable loss or damage. You are also entitled to have the goods repaired or replaced if the goods fail to be of acceptable quality and the failure does not amount to a major failure.

Support   Press  |  For Developers  |  Jobs   Feedback

United States  |  **Mobile version**  |  Privacy Statement   Xbox.com Terms of Use  |  Code of Conduct  |  About Our Ads

**Microsoft**
© 2011 Microsoft

**EXHIBIT B**
55

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge R. Gary Klausner and the assigned discovery Magistrate Judge is Jay C. Gandhi.

The case number on all documents filed with the Court should read as follows:

## CV12- 22 RGK (JCGx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

============================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division** <br> 312 N. Spring St., Rm. G-8 <br> Los Angeles, CA 90012 | [ ] **Southern Division** <br> 411 West Fourth St., Rm. 1-053 <br> Santa Ana, CA 92701-4516 | [ ] **Eastern Division** <br> 3470 Twelfth St., Rm. 134 <br> Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

Name & Address: BERNS WEISS LLP
Jeffrey Berns (SBN 131351)
6303 Owensmouth Avenue, 10th Floor
Woodland Hills, CA 91367
Tel: (818) 961-2000/Fax: (818) 936-0232
--see Attachment A for additional counsel--

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CHELSEA STOCKTON, Individually, and On behalf of all others similarly situated)

PLAINTIFF(S)

v.

MICROSOFT INC and DOES 1-10

DEFENDANT(S).

CASE NUMBER

CV 12   0022 - RGK (JCGx)

**SUMMONS**

TO:   DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, Berns Weiss LLP _____, whose address is 6303 Owensmouth Avenue, 10th Floor, Woodland Hills, CA 91367 _____.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: JAN - 3 2012 _____

By: _____
Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)                                    SUMMONS

# ATTACHMENT A

*Chelsea Stockton v. Microsoft Inc.*
United States District Court, Central District of California

**BERNS WEISS LLP**
Lee A. Weiss
lweiss@bernsweiss.com
626 RXR Plaza
Uniondale, New York 11556
Tel.: (516) 222-2900
Fax: (818) 936-0232

**SUMMONS**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| CHELSEA STOCKTON, individually, and on behalf of all others similarly situated, | MICROSOFT, INC. and DOES 1-10. |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| BERNS WEISS LLP<br><br>--see Attachment A for attorney information-- | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☐ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☒ Yes  ☐ No   ☐ MONEY DEMANDED IN COMPLAINT: $

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 U.S.C. § Violation of Bus. and Prof Code, §§17200, et seq., Tortious Breach of the Covenant of Good Faith and Fair Dealing

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☒ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | REAL PROPERTY | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | ☐ 465 Other Immigration Actions | | | FEDERAL TAX SUITS |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**CV12   0022**

FOR OFFICE USE ONLY:   Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☑ No  ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐  Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐  Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | King County, Washington |

\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____  Date December 29, 2011

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

## ATTACHMENT A

*Chelsea Stockton v. Microsoft Inc.*
United States District Court, Central District of California

**BERNS WEISS LLP**
Jeffrey K. Berns (SBN 131351)
6303 Owensmouth Ave., 10th Floor
Woodland Hills, CA 91367-2263
Tel.: (818) 961-2000
Fax: (818) 936-0232

-- and –

Lee A. Weiss
lweiss@bernsweiss.com
626 RXR Plaza
Uniondale, New York 11556
Tel.: (516) 222-2900
Fax: (818) 936-0232