**Peter I. Ostroff (SBN 45718)**
postroff@sidley.com
**Michelle B. Goodman (SBN 218607)**
mgoodman@sidley.com
**SIDLEY AUSTIN LLP**
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone:  (213) 896-6000
Facsimile:  (213) 896-6600

**Attorneys for Defendant**
**Microsoft Corporation**

**DENIED**
BY ORDER OF THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHELSEA STOCKTON, individually, and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>      v.<br><br>MICROSOFT, INC. and DOES 1-10,<br><br>            Defendants. | Case No. CV 12-0022 RGK (JCGx)<br><br>Assigned to: Hon. R. Gary Klausner<br><br>**[PROPOSED] ORDER  REGARDING AMENDED COMPLAINT AND RESPONSE** |

[PROPOSED] ORDER RE AMENDED COMPLAINT AND RESPONSE

Having considered the parties' Stipulation, and GOOD CAUSE APPEARING, the Court orders as follows:

~~Plaintiff shall file her Amended Complaint on or before February 24, 2012;~~

~~Microsoft shall file its response to Plaintiff's Amended Complaint on or before March 23, 2012;~~

~~If Microsoft files a motion in lieu of answering the Amended Complaint, the following schedule shall apply:~~

- ~~Plaintiff shall file her Opposition Brief on or before April 19, 2012~~
- ~~Microsoft shall file its Reply Brief on or before April 30, 2012~~
- ~~The hearing shall be scheduled for _____.~~

THE STIPULATION IS DENIED.

IT IS SO ORDERED.

Dated: February 27, 2012

*/s/ Gary Klausner*
R. Gary Klausner
United States District Judge

2

**[PROPOSED] ORDER RE AMENDED COMPLAINT AND RESPONSE**