1  **Peter I. Ostroff (SBN 45718)**
   postroff@sidley.com
2  **Michelle B. Goodman (SBN 218607)**
   mgoodman@sidley.com
3  SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
4  Los Angeles, California 90013-1010
   Telephone: (213) 896-6000
5  Facsimile: (213) 896-6600

6  Attorneys for Defendant
   Microsoft Corporation
7

8

9                  UNITED STATES DISTRICT COURT

10                 CENTRAL DISTRICT OF CALIFORNIA

11

12 CHELSEA STOCKTON, individually,      ) Case No. CV 12-0022 RGK (JCGx)
   and on behalf of all others similarly )
13 situated,                             ) Assigned to: Hon. R. Gary Klausner
                                         )
14                                       ) **DEFENDANT MICROSOFT**
                                         ) **CORPORATION'S NOTICE OF**
15              Plaintiff,               ) **INTERESTED PARTIES**
                                         )
16         v.                            )
                                         )
17                                       )
   MICROSOFT, INC. and DOES 1-10,        )
18                                       )
                Defendants.              )
19                                       )
                                         )
20                                       )
                                         )
21 _____ )

22

23

24

25

26

27

28

**NOTICE OF INTERESTED PARTIES**

1  TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR
2  ATTORNEYS OF RECORD:

4  Defendant Microsoft Corporation submits this Notice of Interested
5  Parties under Local Rule 7.1-1.  The undersigned, counsel of record for Microsoft
6  Corporation, certifies that the following listed party may have a pecuniary interest in
7  the outcome of this case.  These representations are made to enable the Court to
8  evaluate possible disqualification or recusal.

10  Microsoft Corporation (Defendant)

13  DATED: March 9, 2012                SIDLEY AUSTIN LLP

15  By   /s/ Peter I. Ostroff
        Peter I. Ostroff
16      Michelle B. Goodman
        Attorneys for Defendant
17      Microsoft Corporation