1  **BERNS WEISS LLP**
2  Jeffrey K. Berns (SBN 131351)
   jberns@bernsweiss.com
3  20700 Ventura Blvd., Suite 140
4  Woodland Hills, CA 91364
   Tel.: (818) 961-2000; Fax: (818) 936-0232
5
6  – and –
7
   Lee A. Weiss *(Pro Hac Vice)*
8  lweiss@bernsweiss.com
9  626 RXR Plaza
   Uniondale, New York 11556
10 Tel.: (818) 961-2000; Fax: (818) 936-0232
11
   *Counsel for Plaintiff*
12
13              **UNITED STATES DISTRICT COURT**
14              **CENTRAL DISTRICT OF CALIFORNIA**
15

| | |
|---|---|
| CHELSEA STOCKTON, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION and DOES 1-10,<br><br>Defendants | CASE NO.  CV12-0022-RGK (JCGx)<br><br>**PLAINTIFF CHELSEA STOCKTON'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |

PLEASE TAKE NOTICE that Plaintiff Chelsea Stockton hereby voluntarily dismisses, without prejudice and without costs, her claims in the above-captioned action in their entirety, without prejudice to re-filing pursuant to Federal Rule of Civil Procedure 41(a)(1).

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff has the absolute right to dismiss her claims "without order of the court" by filing a notice of dismissal "at any time before the opposing party serves either an answer or a motion for summary judgment." *See Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc.*, 193 F.3d 1074 (9th Cir. 1999).

Dated: March 26, 2012

**BERNS WEISS LLP**

By: /s/ Jeffrey K. Berns
Jeffrey K. Berns (SBN 131351)
20700 Ventura Blvd., Suite 140
Woodland Hills, CA 91364
Tel.: (818) 961-2000
Fax: (818) 936-0232

– and –

Lee A. Weiss *(Pro Hac Vice)*
lweiss@bernsweiss.com
626 RXR Plaza
Uniondale, New York 11556
Tel.: (818) 961-2000
Fax: (818) 936-0232

*Counsel for Plaintiff*

---

1

PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE
CV12-0022-RGK (JCGx)

**PROOF OF SERVICE**
STATE OF CALIFORNIA

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the action. My business address is 20700 Ventura Blvd., Suite 140, Woodland Hills, CA 91364.

On March 26, 2012, I served the foregoing document described as

**PLAINTIFF CHELSEA STOCKTON'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)**

on the interested parties as follows:

Peter I. Ostroff
Michelle B. Goodman
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010

(X) VIA ELECTRONIC FILING:
This document was filed through the ECF system and sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 26, 2012.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed on March 26, 2012, at Woodland Hills, California.

        /s/ Albert G. Lum
        Albert G. Lum

PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE
CV12-0022-RGK (JCGx)